UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CHRISTIAN POWELL.

                    Plaintiff,        Civ. No.:

v.

CITY OF JAMESTOWN,
CITY OF JAMESTOWN CLERK,
JAMESTOWN POLICE DEPARTMENT,
JAMESTOWN POLICE CHIEF TIMOTHY
JACKSON,
COUNTY OF CHAUTAUQUA,
CHAUTAUQUA COUNTY SHERIFF'S OFFICE,
CHAUTAUQUA COUNTY SHERIFF JAMES B.
QUATTRONE,
CHAUTUAUQ COUNTY UNDERSHERIFF
DARRYL W. BRALEY,
JOHN DOES 1-10, said names being fictitious but intended to be any other individual/officers involved in the within incident and employees of the CITY OF JAMESTOWN and/or JAMESTOWN POLICE DEPARTMENT in their individual and official capacities, and
JOHN DOES 1-10, said names being fictitious but intended to be any other individual/officers involved in the within incident and employees of the COUNTY OF CHAUTAUQUA and/or CHAUTAUQUA COUNTY SHERIFF'S OFFICE in their individual and official capacities,

                    Defendants.
_____

**CERTIFICATE OF COMPLIANCE**
**WITH 28 U.S.C. § 1446(d)**

      The County of Chautauqua, Chautauqua County Sheriff's Office, Chautauqua County Sheriff James B. Quattrone and Chautauqua County Undersheriff Darryl W. Braley, by their counsel, hereby certifies that it has given written notice of the filing of its Notice of Removal to all parties in the above-captioned action and that it has filed a copy of the Notice of Removal with the Clerk of the County of Chautauqua.

Dated:      June 9, 2021

        **WEBSTER SZANYI LLP**
        Attorneys for Defendants
        County of Chautauqua, Chautauqua County
        Sheriff's Office, Chautauqua County Sheriff
        James B. Quattrone and Chautauqua County
        Undersheriff Darryl W. Braley


        By:   *s/Michael P. McClaren*
               Michael P. McClaren
        1400 Liberty Building
        Buffalo, New York 14202
        (716) 842-2800
        mmcclaren@websterszanyi.com

TO:   **SHAW & SHAW, P.C.**
       Blake Zaccagnino, Esq.
       Attorneys for Plaintiff
       4819 South Park Avenue
       Hamburg, New York 14075
       (716) 648-3020

CC:   City of Jamestown
       City of Jamestown Clerk
       Jamestown Police Department
       Jamestown Police Chief Timothy Jackson
       201 East 2nd Street
       Jamestown, New York 14701