STATE OF NEW YORK
<u>SUPREME COURT : CHAUTAUQUA COUNTY</u>

CHRISTIAN POWELL.

                Plaintiff,        Index No.: EK12021000803

v.

CITY OF JAMESTOWN,
CITY OF JAMESTOWN CLERK,
JAMESTOWN POLICE DEPARTMENT,
JAMESTOWN POLICE CHIEF TIMOTHY JACKSON,
COUNTY OF CHAUTAUQUA,
CHAUTAUQUA COUNTY SHERIFF'S OFFICE,
CHAUTAUQUA COUNTY SHERIFF JAMES B. QUATTRONE,
CHAUTUAUQ COUNTY UNDERSHERIFF DARRYL W. BRALEY,
JOHN DOES 1-10, said names being fictitious but intended to be any other individual/officers involved in the within incident and employees of the CITY OF JAMESTOWN and/or JAMESTOWN POLICE DEPARTMENT in their individual and official capacities, and
JOHN DOES 1-10, said names being fictitious but intended to be any other individual/officers involved in the within incident and employees of the COUNTY OF CHAUTAUQUA and/or CHAUTAUQUA COUNTY SHERIFF'S OFFICE in their individual and official capacities,

                Defendants.

## **CERTIFICATE OF SERVICE**

I, Michael P. McClaren, hereby certify that on June 9, 2021, I served the foregoing Notice of Removal by first class mail, postage prepaid, upon counsel listed below:

| | |
|---|---|
| **SHAW & SHAW, P.C.**<br>Blake Zaccagnino, Esq.<br>Attorneys for Plaintiff<br>4819 South Park Avenue<br>Hamburg, New York 14075 | City of Jamestown<br>City of Jamestown Clerk<br>Jamestown Police Department<br>Jamestown Police Chief Timothy Jackson<br>201 East 2nd Street<br>Jamestown, New York 14701 |

**WEBSTER SZANYI LLP**
Attorneys for Defendants
County of Chautauqua, Chautauqua County
Sheriff's Office, Chautauqua County Sheriff
James B. Quattrone and Chautauqua County
Undersheriff Darryl W. Braley


By:  *s/ Michael P. McClaren*
         Michael P. McClaren
1400 Liberty Building
Buffalo, New York 14202
(716) 842-2800
mmcclaren@websterszanyi.com