UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CHRISTIAN POWELL,

          Plaintiff,

v.                                                    21-CV-00721

CITY OF JAMESTOWN,
CITY OF JAMESTOWN CLERK,
JAMESTOWN POLICE DEPARTMENT,
JAMESTOWN POLICE CHIEF TIMOTHY
JACKSON,
COUNTY OF CHAUTAUQUA,
CHAUTAUQUA COUNTY SHERRIFF'S OFFICE,
CHAUTAUQUA COUNTY SHERRIFF JAMES B. QUATTRONE,
CHAUTAUQUA COUNTY UNDERSHERRIFF
DARRYL W. BRALEY,
JOHN DOES 1-10, said names being fictitious but
intended to be any other individual/officers involved
in the within incident and employees of the
CITY OF JAMESTOWN and/or JAMESTOWN POLICE
DEPARTMENT in their individual and official
capacities, and
JOHN DOES 1-10, said names being fictitious
but intended to be any other individual/officers involved
in the within incident and employees of the
COUNTY OF CHAUTAUQUA and/or
CHAUTAUQUA COUNTY SHERRIFF'S OFFICE in
their individual and official capacities,

          Defendants.

CERTIFICATE OF COMPLIANCE
WITH 28 U.S.C §1446(d)

        The City of Jamestown, City of Jamestown Clerk, Jamestown Police Department, Jamestown Police Chief Timothy Jackson, and John Does 1-10 said names being fictitious but intended to be any other individual/officers involved in the within incident and employees of the City of Jamestown and/or Jamestown Police Department in their individual and official capacities, by their counsel, hereby certifies that it has given written notice of the filing of its Notice of Removal of all parties in the above captioned action and that it has filed a copy of the Notice of Removal with the Clerk of the County of Chautauqua.

DATED: June 17, 2021

_____
Elliot S. Raimondo
Corporation Counsel
City of Jamestown
200 East Third Street
Jamestown, New York, 14701
(716)483-7540
raimondo@jamestownny.gov
ttaber@jamestownny.gov

TO:   Blake Zaccagnino, Esq.
      Attorney for Plaintiff
      Shaw & Shaw, PC
      4819 South Park Ave.
      Hamburg, New York  14075

      Michael P. McClaren
      Attorney for Chautauqua County Defendants
      Webster Szanyi, LLP
      1400 Liberty Building
      Buffalo, NY  14202
      mmcclaren@websterszanyi.com