UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHRISTIAN POWELL,

            Plaintiff,

v.                                                                    21-CV-00721

CITY OF JAMESTOWN,
CITY OF JAMESTOWN CLERK,
JAMESTOWN POLICE DEPARTMENT,
JAMESTOWN POLICE CHIEF TIMOTHY
JACKSON,
COUNTY OF CHAUTAUQUA,
CHAUTAUQUA COUNTY SHERRIFF'S OFFICE,
CHAUTAUQUA COUNTY SHERRIFF JAMES B. QUATTRONE,
CHAUTAUQUA COUNTY UNDERSHERRIFF
DARRYL W. BRALEY,
JOHN DOES 1-10, said names being fictitious but
intended to be any other individual/officers involved
in the within incident and employees of the
CITY OF JAMESTOWN and/or JAMESTOWN POLICE
DEPARTMENT in their individual and official
capacities, and
JOHN DOES 1-10, said names being fictitious
but intended to be any other individual/officers involved
in the within incident and employees of the
COUNTY OF CHAUTAUQUA and/or
CHAUTAUQUA COUNTY SHERRIFF'S OFFICE in
their individual and official capacities,

                                Defendants.

---

CERTIFICATE OF SERVICE

    I, Elliot S. Raimondo, hereby certify that on June 17, 2021, I served the forgoing Notice of

Removal by First Class Mail, postage paid, upon the Counsel listed below:

    Blake Zaccagnino, Esq.
    Attorney for Plaintiff
    Shaw & Shaw, PC
    4819 South Park Ave.
    Hamburg, New York  14075

    Michael P. McClaren
    Attorney for Chautauqua County Defendants

Webster Szanyi, LLP
1400 Liberty Building
Buffalo, NY  14202

_____
Elliot S. Raimondo
Corporation Counsel
City of Jamestown
200 East Third Street
Jamestown, New York, 14701
(716)483-7540
raimondo@jamestownny.gov
ttaber@jamestownny.gov