UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CHRISTIAN POWELL,

-vs-

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

Civil Action No.: 21-CV-00721

CITY OF JAMESTOWN,
CITY OF JAMESTOWN CLERK,
JAMESTOWN POLICE DEPARTMENT,
JAMESTOWN POLICE CHIEF TIMOTHY JACKSON,
COUNTY OF CHAUTAUQUA,
CHAUTAUQUA COUNTY SHERRIFF'S OFFICE,
CHAUTAUQUA COUNTY SHERRIFF JAMES B. QUATTRONE,
CHAUTAUQUA COUNTY UNDERSHERRIFF DARRYL W. BRALEY,
JOHN DOES 1-10, said names being fictitious but intended to be any other individual/officers involved in the within incident and employees of the
CITY OF JAMESTOWN and/or JAMESTOWN POLICE DEPARTMENT in their individual and official capacities, and
JOHN DOES 1-10, said names being fictitious but intended to be any other individual/officers involved in the within incident and employees of the
COUNTY OF CHAUTAUQUA and/or
CHAUTAUQUA COUNTY SHERRIFF'S OFFICE in their individual and official capacities,

Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Christian Powell and the City of Jamestown, City of Jamestown Clerk, Jamestown Police Department, Jamestown Police Chief Timothy Jackson, John Does 1-10 said names being fictitious but intended to be any other individual/officers involved in the within incident and employees of the City of Jamestown and/or Jamestown Police Department in their individual and official

capacities, County of Chautauqua, Chautauqua County Sheriff's Office, Chautauqua County Sherriff James B. Quattrone, Chautauqua County Undersheriff Darryl W. Braley, and John Does 1-10 said names being fictitious but intended to be any other individual/officers involved in the within incident and employees of the County of Chautauqua and/or Chautauqua County Sherriff's Office in their individual and official capacities:

1) That the time for Defendants to answer, move, or otherwise respond to the Complaint shall be voluntarily extended through July 14, 2021;
2) Defendants reserve all of their rights and defenses with respect to the Complaint;
3) This Stipulation may be executed in counterparts and facsimile signatures may be deemed originals for all purposes;
4) The Parties agree that this Stipulation is sufficient and in place of defendants moving the Court for an extension;
5) This Stipulation may be entered as an Order of the Court without further notice.

SO ORDERED:

DATED this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:    June 16, 2016
         Jamestown, New York

*[signature]*

SHAW & SHAW, P.C.
Blake Zaccagnino, Esq.
Attorneys for Plaintiff- Christian Powell
4819 South Park Avenue
Hamburg, New York 14075
(716) 648-3020


/s/ Elliot S. Raimondo   *Elliot S. Raimondo [signature]*
_____
Elliot S. Raimondo, Esq.
Corporation Counsel- City of Jamestown
Attorneys for Defendants
City of Jamestown
City of Jamestown Clerk
Jamestown Police Department
Jamestown Police Chief Timothy Jackson
raimondo@jamestownny.gov
200 E. Third Street, Fl. 4
Jamestown, New York 14701
Telephone: (716) 483-7540
Fax:    (716) 483-7591


*[signature]*

WEBSTER SZANYI LLP.
Peter Veech, Esq.
Michael P. McClaren, Esq.
1400 Liberty Building
Buffalo, New York 14202
(716) 842-2800
Attorneys for Defendants
County of Chautauqua,
Chautauqua County Sheriff's Office,
Chautauqua County Sherriff James B. Quattrone and
Chautauqua County Undersheriff Darryl W. Braley