# EXHIBIT A

# EXHIBIT A



**JAMESTOWN CITY COURT**  67032   UCS-120

Jamestown Municipal Building, 200 East 3rd Street, Jamestown, NY 14701
Phone: (716) 483-7561  Fax: (716) 483-7519

The People of the State of New York

vs.

Christian T. Powell

# Warrant-Arrest    DV    COPY DO NOT SERVE

Docket Number: CR-03923-20    RTC / Arrest / Detainer

G 451

Date: 12-10-20  Officer ID: 1038  1047

Location: 111 Barrett Ave

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK,
TO: ANY SWORN POLICE OFFICER IN THE STATE OF NEW YORK:

Whereas, an accusatory instrument having been filed in this Court charging the above-named defendant with the commission of the offense(s) of:

*FPO=Finger-printable Offense

| Charge | Charge Weight | Charge Description | No. of Counts | Count | *FPO | Prints Already Taken |
|---|---|---|---|---|---|---|
| PL 215.51 BIV | EF | Crim Contempt-1st:Telephones | 1 | 1 | Y | N |

The above-named defendant not having been arraigned upon the accusatory instrument commencing this criminal action, and this court requiring said defendant's personal appearance for the purpose of arraignment upon the accusatory instrument;

**YOU ARE, HEREBY, COMMANDED TO FORTHWITH ARREST THE ABOVE-NAMED DEFENDANT AND BRING HIM/HER BEFORE THIS COURT.**

| AKA(s): | CJTN: |
|---|---|
|  | NYSID: |
| Address: 2733 Stone Rd  Falconer, NY 14733 | Arrest Number: |
|  | Complaint Number: 30382-20 |
| Sex: Male | Race: Unknown | DOB: 05/07/1996 | EYO: N | YO: N | Gang Affiliation: |

Issued: **December 09, 2020**

Dated: **December 9, 2020**

_____
Hon. John L. LaMancuso
City Court Judge

Endorsement for execution outside county of issuance or adjoining counties [CPL §120.70(2)(b)]:
County of _____, City of _____
This warrant may be executed within the County of _____, New York

Dated: _____    _____
**Endorsing Judge/Justice**

By virtue of the within warrant, I have arrested and have in my custody the above-named defendant.

Dated: _____    _____
**Arresting Officer**