# EXHIBIT B

# EXHIBIT B

# CHAUTAUQUA COUNTY SHERIFF
## FIELD CASE REPORT

CR # **2020-00044584**

## DETAIL

| INCIDENT TYPE | REPORT DATE AND TIME | DATE AND TIME FROM | DATA AND TIME TO |
|---|---|---|---|
| Use of Force | 12/10/2020 02:38 | 12/10/2020 02:38 | 12/10/2020 03:32 |

**INCIDENT LOCATION**
111 Barrett AVE
jamestown, NY 14701

## OFFENSES

| STATUTE - | ATTEMPT/COMMIT - | COUNTS - |
|---|---|---|
| DESC - | | |
| STATUTE - | ATTEMPT/COMMIT - | COUNTS - |
| DESC - | | |
| STATUTE - | ATTEMPT/COMMIT - | COUNTS - |
| DESC - | | |
| STATUTE - | ATTEMPT/COMMIT - | COUNTS - |
| DESC - | | |
| STATUTE - | ATTEMPT/COMMIT - | COUNTS - |
| DESC - | | |
| STATUTE - | ATTEMPT/COMMIT - | COUNTS - |
| DESC - | | |

## SUBJECT

| SUBJECT TYPE | Adult | NAME (LAST, FIRST, MIDDLE SUFFIX) | VICTIM IS ALSO COMPLAINANT |
|---|---|---|---|
| Suspect | | POWELL, CHRISTIAN, t | |

ADDRESS: 111 barrett AVE  Jamestown, NY 14701
PHONE 1 Cell - Personal: (716)489-4264
PHONE 2:

| DOB | AGE | SEX | RACE | ETHNICITY | PHONE 3 |
|---|---|---|---|---|---|
| 05/07/1996 | 24 | M | White | Not Hispanic | |

| HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR | GLASSES | ALIAS |
|---|---|---|---|---|---|
| 5' 10 | 160 | Blonde | Hazel | | |

SCHOOL OR EMPLOYER NAME AND ADDRESS      PHONE -
SCARS MARKS TATTOOS (CODE-TYPE-LOCATION-DESC)

## SUBJECT

| SUBJECT TYPE | Other (LEO) | NAME (LAST, FIRST, MIDDLE SUFFIX) | VICTIM IS ALSO COMPLAINANT |
|---|---|---|---|
| Complainant | | madonia, stephen, | |

ADDRESS: 15 E chautauqua ST  mayville, NY 14757
PHONE 1 Work: (716)753-4232
PHONE 2:

| DOB | AGE | SEX | RACE | ETHNICITY | PHONE 3 |
|---|---|---|---|---|---|
| 08/10/1970 | 50 | M | White | Not Hispanic | |

| HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR | GLASSES | ALIAS |
|---|---|---|---|---|---|
| 5' 10 | 240 | Bald | Blue | | |

SCHOOL OR EMPLOYER NAME AND ADDRESS      PHONE -
SCARS MARKS TATTOOS (CODE-TYPE-LOCATION-DESC)

## SUBJECT

(blank)

| CASE STATUS | EXCEPTIONAL CLEARANCE |
|---|---|
| Closed By Investigation | Closed |

| REPORTING OFFICER (LAST, FIRST BADGE) | DATE | REVIEWED BY (LAST, FIRST BADGE) | DATE |
|---|---|---|---|
| Madonia, Stephen  146 | 12/10/2020 | Telford, Richard D | 04/05/2021 |

# CHAUTAUQUA COUNTY SHERIFF
## FIELD CASE REPORT

CR # 2020-00044584

### NARRATIVE

ON 12/10/20 AT APPROX. 0253HRS WRITER RESPONDED TO 111 BARRETT AVE TO SPEAK TO (S) POWELL REGARDING A CIVIL ISSUE. WRITER RAN (S) POWELL'S NAME IN INHOUSE COMPUTER ON WAY TO CALL AND OBSERVED THERE WERE WARRANTS ON THE SUBJECT OUT OF JPD. WRITER HAD DISPATCH CONFIRM WARRANTS WITH JPD AND REQUESTED JPD SEND CARS TO ASSIST. WRITER PULLED UP IN FRONT OF 111 BARRETT AND (S) POWELL WAS IN THE FRONT YARD IN A HIGHLY AGITATED STATE AND APPARENTLY UNDER THE INFLUENCE. MOMENTS LATER JPD OFFICERS OBERGFELL AND WISE SHOWED UP TO ASSIST. WRITER AND JPD OFFICERS TRIED TO CALM (S) POWELL BY DISCUSSING HIS CIVIL ISSUE TO NO AVAIL. WRITER TOLD (S) POWELL HE HAD ARREST WARRANTS OUT OF JPD AND WAS INSTRUCTED TO PLACE HIS HANDS BEHIND HIS BACK. (S) POWELL ATTEMPTED TO PULL AWAY FROM OFFICERS. (S) POWELL WAS TAKEN TO THE GROUND IN A PRONE POSITION. OFFICER WISE CONTROLLED (S) POWELL'S LEGS AS WRITER AND OFFICER OBERGFELL GAINED CONTROL OF (S) POWELL'S HANDS. WHILE (S) POWELL WAS BEING RESTRAINED HE BEGAN SLAMMING HIS HEAD ON THE GROUND AND ON WRITERS FLASHLIGHT WHICH FELL TO GROUND DURING THE STRUGGLE. (S) POWELL SUFFERED A CUT TO THE RIGHT SIDE OF HIS HEAD. EMS WAS ADVISED TO MEET AT JPD. (S) POWELL CONTINUED RESISTING/KICKING AS HE WAS BEING PLACED INTO JPD'S CAR FOR TRANSPORT. WRITER THEN CLEARED THE CALL AND HAD NO FURTHER INVOLVEMENT WITH (S) POWELL.

| REPORTING OFFICER (LAST, FIRST  BADGE) | DATE | REVIEWED BY (LAST, FIRST  BADGE) | DATE |
|---|---|---|---|
| Madonia, Stephen   146 | 12/10/2020 | Telford, Richard D | 04/05/2021 |