UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CHRISTIAN POWELL.

                Plaintiff,         Civ. No.: 1:21-cv-721

v.

CITY OF JAMESTOWN,
CITY OF JAMESTOWN CLERK,
JAMESTOWN POLICE DEPARTMENT,
JAMESTOWN POLICE CHIEF TIMOTHY JACKSON,
COUNTY OF CHAUTAUQUA,
CHAUTAUQUA COUNTY SHERIFF'S OFFICE,
CHAUTAUQUA COUNTY SHERIFF JAMES B. QUATTRONE,
CHAUTAUQUA COUNTY UNDERSHERIFF DARRYL W. BRALEY,
JOHN DOES 1-10, said names being fictitious but intended to be any other individual/officers involved in the within incident and employees of the CITY OF JAMESTOWN and/or JAMESTOWN POLICE DEPARTMENT in their individual and official capacities, and
JOHN DOES 1-10, said names being fictitious but intended to be any other individual/officers involved in the within incident and employees of the COUNTY OF CHAUTAUQUA and/or CHAUTAUQUA COUNTY SHERIFF'S OFFICE in their individual and official capacities,

                Defendants.

## **DECLARATION OF STEPHEN MADONIA**

      I, Stephen Madonia, make this Declaration under the penalties of perjury pursuant to 28 U.S.C. § 1746:

      1.    I am a Sherriff's Deputy for the Chautauqua County Sherriff's Office and have held that position since January of 1997.

      2.    As part of my duties and responsibilities as a Sherriff's Deputy for the Chautauqua County Sherriff's Office, I am required to document any and all instances

where any amount of force is required to be used during the course of an arrest.

3. Attached as **Exhibit A** is a true and accurate copy of the Field Case Report that I created regarding the December 10, 2020 arrest of Christian T. Powell, which took place outside of 111 Barrett Ave in the City of Jamestown, County of Chautauqua and State of New York.

4. The attached Field Case Report is kept and maintained by the Chautauqua County Sherriff's Office in its regular course of business.

5. All of the information contained in the attached Field Case Report truly and accurately reflects what transpired during the course of Christian T. Powell December 10, 2020 arrest outside of 111 Barrett Ave in the City of Jamestown, County of Chautauqua and State of New York.

Dated: July 13, 2021

_____
Stephen Madonia