## CERTIFICATE OF SERVICE:

I hereby certify that on ~~August 25, 2021~~ , I electronically filed with the foregoing Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants:

Peter L Veech, Esq.
Attorney for County Defendants
424 Main St #1400
Buffalo, NY 14202

Elliot Samuel Raimondo, Esq.
Attorney for Jamestown Defendants
200 E. Third St.
Jamestown, NY 14701

SHAW & SHAW, P.C.

/s/Blake Zaccagnino
Blake Zaccagnino
Attorneys for Plaintiff
Office and Post Office Address
4819 South Park Avenue
Hamburg, NY 14075
(716) 648-3020 Telephone
(716) 648-3730 Fax
Bzaccagnino@shawlawpc.com