UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHRISTIAN POWELL

            Plaintiff,

-vs-                                          NOTICE OF MOTION

                                                      Civil Action No.: 1:21-CV-00721

CITY OF JAMESTOWN,
CITY OF JAMESTOWN CLERK,
JAMESTOWN POLICE DEPARTMENT,
JAMESTOWN POLICE CHIEF TIMOTHY
JACKSON, COUNTY OF CHAUTAUQUA,
CHAUTAUQUA COUNTY SHERRIFF'S
OFFICE, CHAUTAUQUA COUNTY
SHERRIFF JAMES B. QUATTRONE,
CHAUTAUQUA COUNTY UNDERSHERIFF
DARRYL W. BRALEY, JOHN DOES 1-10,
said names being fictitious but intended to be
any other individual/officers involved in the within
incident and employees of the CITY OF
JAMESTOWN and/or JAMESTOWN POLICE
DEPARTMENT in their individual and official
capacities, and JOHN DOES 1-10, said names being
fictitious but intended to be any other individual/officers
involved in the within incident and employees of the
COUNTY OF CHAUTAUQUA and/or CHAUTAUQUA
COUNTY SHERRIFF'S OFFICE in their individual
and official capacities,

                                      Defendants.

---

**NATURE OF ACTION:**     Negligence/Intentional Tort/Civil Rights

**MOVING PARTY:**     Defendants, City of Jamestown, City of Jamestown Clerk, Jamestown Police Department, Jamestown Police Chief Timothy Jackson, and John Does(s) being employees of the City of Jamestown and/or Jamestown Police Department (collectively the "City Defendants").

{H4499945.2}

| | |
|---|---|
| **DIRECT TO:** | Plaintiff. |
| **DATE, TIME, & PLACE:** | To be scheduled and determined by the Court. |
| **SUPPORTING PAPERS:** | Declaration of Elliot S. Raimondo, with Exhibits, Declaration of Police Officer Carter Obergfell with Exhibits, Declaration of Police Officer Kevin Wise, with Exhibits, Declaration of Police Officer Mark Conklin with Exhibits, Declaration of Police Officer John Conti with Exhibits. |
| **ANSWERING PAPERS:** | In accordance with Local Rule 7.1(b)(2)(B), answering papers, if any, shall be filed and served within fourteen (14) days from the service of this motion, unless the Court issues an Order setting deadlines pursuant to Local Rule 7(b)(1). |
| **REPLY PAPERS:** | Pursuant to Rule 7.1(a)(1), the City Defendants intend to file and serve reply papers. |
| **RELIEF SOUGHT:** | An Order dismissing Plaintiff's Complaint against the City Defendants, in its entirety and with prejudice, together with such other and further relief as the Court deems to be necessary, just, and proper. |
| **GROUNDS FOR RELIEF:** | F.R.C.P. 12 (b)(6). |

DATED: August 27, 2021

                                         __/s/ Elliot S. Raimondo
                                         _____
                                         Elliot S. Raimondo, Esq.
                                         Corporation Counsel-City of Jamestown
                                         *Attorney City Defendants*
                                         *City of Jamestown, City of Jamestown Clerk, Jamestown Police Department, Jamestown Police Chief Timothy Jackson, and JOHN DOES 1-10, said names being fictitious but intended to be any other individual/officers involved in the within incident and employees of the CITY OF JAMESTOWN and/or JAMESTOWN POLICE DEPARTMENT in their individual and official capacities*
                                         raimondo@jamestownny.gov
                                         200 E. Third Street, Fl. 4

                                            Jamestown, New York 14701
                                            Telephone: (716) 483-7540
                                            Fax:    (716) 483-7591

TO: **SHAW & SHAW, P.C.**
Blake Zaccagnino, Esq.
*Attorney for Plaintiff*
4819 South Park Avenue
Hamburg, NY 14075
bzaccagnino@shawlawpc.com

**WEBSTER SZANYI LLP.**
Peter Veech, Esq.
Michael P. McClaren, Esq.
Attorneys for Defendants
*County of Chautauqua, Chautauqua County Sheriff's Office,*
*Chautauqua County Sherriff James B. Quattrone and*
*Chautauqua County Undersheriff Darryl W. Braley, and John Does(s) being*
*employees of the County of Chautauqua and/or Chautauqua County Sheriff's*
*Office*
1400 Liberty Building
Buffalo, New York 14202
(716) 842-2800
mmcclaren@websterszanyi.com
pveech@websterszanyi.com