UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHRISTIAN POWELL

                Plaintiff,

-vs-

                                                      Civil Action No.: 1:21-CV-00721

CITY OF JAMESTOWN,
CITY OF JAMESTOWN CLERK,
JAMESTOWN POLICE DEPARTMENT,
JAMESTOWN POLICE CHIEF TIMOTHY JACKSON,
COUNTY OF CHAUTAUQUA,
CHAUTAUQUA COUNTY SHERRIFF'S OFFICE,
CHAUTAUQUA COUNTY SHERRIFF JAMES B. QUATTRONE,
CHAUTAUQUA COUNTY UNDERSHERRIFF DARRYL W. BRALEY,
JOHN DOES 1-10, said names being fictitious but intended to be any other individual/officers involved in the within incident and employees of the CITY OF JAMESTOWN and/or JAMESTOWN POLICE DEPARTMENT in their individual and official capacities, and
JOHN DOES 1-10, said names being fictitious but intended to be any other individual/officers involved in the within incident and employees of the COUNTY OF CHAUTAUQUA and/or CHAUTAUQUA COUNTY SHERRIFF'S OFFICE in their individual and official capacities,

                Defendants.

---

## **DECLARATION OF CARTER OBERGFELL**

I, Carter Obergfell, make this Declaration under the penalties of perjury pursuant to 28 U.S.C. §1746

1. I am a Police Officer for the City of Jamestown Police Department and have held this

position since January 2020.

2. As part of my duties and responsibilities as a Police Officer for the Jamestown Police Department, I am required to document any and all instances where any amount of force is required to be used during the course of an arrest.

3. On December 10, 2020, I was partnered with Police Officer Kevin Wise of the Jamestown Police Department.

4. Attached as **Exhibit A** is a true and accurate copy of the case file, charges, use of force form, and request for examination of persons form, that I created with my partner Police Officer Kevin Wise, regarding the December 10, 2020, arrest of Christian T. Powell, which took place outside of 111 Barrett Avenue in the City of Jamestown, County of Chautauqua, and State of New York.

5. The attached **Exhibit A** is kept and maintained by the City of Jamestown Police Department in its regular course of business.

6. All of the information contained in the attached **Exhibit A** truly and accurately reflects my knowledge of what transpired during the arrest of Christian T. Powell which took place outside of 111 Barrett Avenue in the City of Jamestown, County of Chautauqua and State of New York.

Dated: August 26, 2021

Carter Obergfell

# Jamestown Police Department Incident Report

**X-Ref:** 30697-20
**Incident No.:** 30695-20

| Field | Value |
|---|---|
| 1. Agency | JAMESTOWN POLICE DEPART |
| 2. Division/Precinct | 3 |
| 3. ORI | NY0060200 |
| 4. Orig./Supp. | X Orig. |
| 6. Incident No. | 30695-20 |
| 7. Report Day | Thu |
| 8. Date | 12/10/20 |
| 9. Report Time | 0253 |
| 10. Day | Thu |
| 11. Date | 12/10/20 |
| 12. Time | 0253 |
| 16. Incident Type | WC |
| 19. Incident Address | 111 Barrett Ave |
| 20. City, State, Zip | JAMESTOWN, NY 14701 (C) |
| 21. Location Code | 0702 |
| 23. No of Victims | 1 |
| 24. No of Suspects | 1 |

## Offenses

| # | Law | Section | | | | Class | Description |
|---|---|---|---|---|---|---|---|
| 1 | PL | 145.00 | 1 | A | M | 4 | Criminal Mischief 4th |
| 2 | PL | 205.30 | — | A | M | — | Resisting Arrest |
| 3 | PL | 195.05 | — | A | M | 2 | Obstructing Governmental Admin 2nd |

## Persons

| Type | Name | DOB | Address | Phone |
|---|---|---|---|---|
| CO | PO Wise / PO Obergfell | | 201 E. 2nd St Jamestown, NY 14701 | |
| V | Jamestown Police Department | | 201 E. 2nd St Jamestown, NY 14701 | |
| OT | Powell, Susan M. | 2/12/66 | 111 Barrett Ave Jamestown, NY 14701 | 716-279-7392 |

### Arrested Person

- **34. Type/No:** Table O / A
- **35. Name:** Powell, Christian T.
- **37. Apparent Condition:** ☒ Impaired Drugs  ☒ Mental Dis.
- **38. Address:** 111 Barrett Ave Jamestown, NY 14701
- **39. Phone No.:** 716-489-4264
- **40. Social Security No.:** 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
- **41. Date of Birth:** 5/7/96
- **42. Age:** 24
- **43. Sex:** ☒ M
- **44. Race:** ☒ White
- **45. Ethnic:** ☒ Non Hispanic
- **46. Skin:** ☒ Light
- **48. Height:** 5'10"
- **49. Weight:** 160
- **50. Hair:** BLO
- **51. Eyes:** HZL
- **52. Glasses:** ☒ No
- **53. Build:** ☒ Small

## Property / Vehicle

| Victim/Suspect No. | Table | Qty | Make | Model | Description | Value |
|---|---|---|---|---|---|---|
| V | 4 | 31 | Ford | Taurus | Trunk lid - dent | Unknown |

## 73. Narrative

On 12/10/20 around 0253 hrs, writer (PO Wise 1038) and PO Obergfell (1047) responded to 111 Barrett Ave to assist Chautauqua County Sheriff's Deputy Madonia with a larceny report where the caller had valid felony arrest warrants out of the city of Jamestown. The subject in question was (A) Christian Powell. Powell was advised of his arrest warrants and told to place his hands behind his back. Powell began to pull away from officers and refused to comply with officers' commands. Officers assisted Powell to the ground after numerous attempts

**77. Reporting Officer Signature:** PO [signature]
**78. ID No.:** 1038
**79. Supervisor's Signature:** [signature]
**80. ID No.:** 184

**84. Page 1 of 2 Pages**

DCJS-3205 (2/97) *FALSE STATEMENTS ARE PUNISHABLE AS A CRIME, PURSUANT TO THE NEW YORK STATE PENAL LAW

85. at gaining wrist control while standing. Writer controlled Powell's legs as PO Obergfell and Deputy Madonia were attempting to gain control of Powell's hands. Powell was given several commands to put his hands behind his back however he refused and kept them under his chest. After a brief struggle, officers were able to place temporary wrist restraints on Powell. Powell's mother, (OT) Sue Powell, was watching the incident and yelling at police. Sue was advised to stay back, which she complied. Christian began to hit his head off of the gravel driveway and Deputy Madonia's flashlight which had fallen to the ground. Christian sustained a small laceration to the right side of his face from hitting it into the ground. Writer immediately called for EMS to evaluate him for a head injury. Alstar would meet officers in the jail. Powell began to calm down so officers stood him up to walk to marked patrol car J4. Powell began to kick the passenger side of J4 near the rear door. Officers were able to eventually place Powell in the back of J4 and he began to kick his feet at officers. Powell was inside of J4 kicking the rear passenger side door as he was transported to the city jail. Powell stated numerous times that he wished to die. A MHL 9.41 was completed and is attached. Once at JPD, officers were getting Powell out of the car and he struck the trunk of J4 with his head causing a dent in the car. Powell was then taken into the city jail. Powell was additionally charged with resisting arrest, obstructing governmental administration 2nd and criminal mischief 4th. A body camera card and discovery checklist were completed. PO Obergfell obtained pictures of the damaged trunk. A use of force report was completed by PO Obergfell (X-Ref CR# 30697-20). Pictures were taken of Powell's laceration from hitting his head and entered into evidence.

DCJS-3205 (2/97) *FALSE STATEMENTS ARE PUNISHABLE AS A CRIME, PURSUANT TO THE NEW YORK STATE PENAL LAW

PO [signature] 1038    2/2

CR-30695-20
**STATE OF NEW YORK**    **COUNTY OF CHAUTAUQUA**
**JAMESTOWN CITY COURT**    **CITY OF JAMESTOWN**



THE PEOPLE OF THE STATE OF NEW YORK        INFORMATION
-vs-

<u>**Christian T. Powell (DOB 05/07/1996)**</u>
<u>**111 Barrett Ave. Jamestown, NY 14701**</u>
                    DEFENDANT

I, PO Obergfell and PO Wise, the complainant herein, reside at 201 E. 2nd St. Jamestown, NY 14701, am a POLICE OFFICER of the City of Jamestown, New York.

I ACCUSE Christian T. Powell, the Defendant in this action, that on or about the 10 day of December, 2020 at 201 E. 2nd St. in the City of Jamestown, County of Chautauqua, New York, at about 0319 o'clock in the FORENOON, said Defendant did unlawfully, COMMIT THE MISDEMEANOR of

### Criminal Mischief in the Fourth Degree

contrary to the provisions of Section, **145.00** subsection 1 of the PENAL Law of the State of New York, in that said Defendant did INTENTIONALLY AND KNOWINGLY :

when, having no right to do so nor any reasonable ground to believe that he or she has such right, he or she (1)intentionally damaged property of another.

The facts upon which information is based are **To Wit**: On the above date, time and location defendant, Christian T. Powell, did intentionally and knowingly when having no right to do so nor any reasonable ground to believe that he had such right damaged marked patrol unit J4 by continuously hitting his head against the trunk of the vehicle causing a dent.   All contrary to the provisions of said statute in such case made and provided.

The above allegations of fact are made by the Complainant here on direct knowledge with the sources of the Complainant's information and the grounds for belief being the facts contained in the attached:        .

NOTICE: I have read and know that false statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the Penal Law.

Subscribed and Sworn to before me
this     day of      ,  .
                          December 10, 2020

CR-30695-20
STATE OF NEW YORK                           COUNTY OF CHAUTAUQUA
JAMESTOWN CITY COURT                        CITY OF JAMESTOWN

THE PEOPLE OF THE STATE OF NEW YORK         INFORMATION
   -vs-

**Christian T. Powell (DOB 05/07/1996**
**111 Barrett Ave. Jamestown, NY 14701**
                    DEFENDANT

I, PO Obergfell and PO Wise, the complainant herein, reside at 201 E. 2nd St. Jamestown, NY 14701, am a POLICE OFFICER of the City of Jamestown, New York.

I ACCUSE Christian T. Powell, the Defendant in this action, that on or about the 10 day of December, 2020 at 111 Barrett Ave. in the City of Jamestown, County of Chautauqua, New York, at about 0319 o'clock in the FORENOON, said Defendant did unlawfully, COMMIT THE MISDEMEANOR of

### Obstructing Governmental Administration in the Second Degree

contrary to the provisions of Section, **195.05** subsection **N/A** of the PENAL Law of the State of New York, in that said Defendant did INTENTIONALLY AND KNOWINGLY :

he intentionally obstructs, impairs or perverts the administration of law or other governmental function or prevents or attempts to prevent a public servant from performing an official function, by means of intimidation, physical force or interference, or by means of any independently unlawful act, or by means of interfering, whether or not physical force is involved, with radio, telephone, television or other telecommunications systems owned or operated by the state, or a county, city, town, village, fire district or emergency medical service or by means of releasing a dangerous animal under circumstances evincing the actor's intent that the animal obstruct governmental administration.

The facts upon which information is based are **To Wit**: On the above date, time and location defendant, Christian T. Powell, did intentionally and knowingly obstruct and impair the administration of law by means of physical force. Christian did resist arrest and attempted to retain his hands underneath his body in the process of hand cuffing and attempted to kick officers while being placed into marked patrol unit J4.   All contrary to the provisions of said statute in such case made and provided.

The above allegations of fact are made by the Complainant here on direct knowledge with the sources of the Complainant's information and the grounds for belief being the facts contained in the attached:

I REQUEST that a warrant or summons be issued for the arrest of the Defendant as the law or the Court directs.

NOTICE: I have read and know that false statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the Penal Law.

Subscribed and Sworn to before me
this    day of    ,  .
                                December 10, 2020

CR-30695-20
STATE OF NEW YORK                                   COUNTY OF CHAUTAUQUA
JAMESTOWN CITY COURT                                CITY OF JAMESTOWN

THE PEOPLE OF THE STATE OF NEW YORK                 INFORMATION
　　　　　　　　　-vs-
**Christian T. Powell (DOB 05/07/1996)**
**111 Barrett Ave. Jamestown, NY 14701**
　　　　　　　　　　DEFENDANT

I,PO Obergfell and PO Wise, the complainant herein, reside at 201 E. 2nd St. Jamestown, NY 14701, am a POLICE OFFICER of the City of Jamestown, New York.

I ACCUSE Christian T. Powell, the Defendant in this action, that on or about the 10 day of December, 2020 at 111 Barrett Ave. in the City of Jamestown, County of Chautauqua, New York, at about 0319 o'clock in the FORENOON, said Defendant did unlawfully, COMMIT THE MISDEMEANOR of

### Resisting Arrest

contrary to the provisions of Section, **205.30** subsection **N/A** of the PENAL Law of the State of New York, in that said Defendant did INTENTIONALLY AND KNOWINGLY :

he intentionally prevents or attempts to prevent a police officer or peace officer from effecting an authorized arrest of himself or another person.

The facts upon which information is based are **To Wit**: On the above date, time and location defendant, Christian T. Powell, did intentionally and knowingly attempt to prevent a police officer from effecting an arrest of himself. Christian attempted to retain his hands underneath his body in the process of hand cuffing and attempted to kick officers while being placed into marked patrol unit J4.  All contrary to the provisions of said statute in such case made and provided.

The above allegations of fact are made by the Complainant here on direct knowledge with the sources of the Complainant's information and the grounds for belief being the facts contained in the attached:       .

NOTICE: I have read and know that false statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the Penal Law.

Subscribed and Sworn to before me
this     day of
　　　　　　　　　December 10, 2020

# JAMESTOWN POLICE DEPARTMENT
## USE OF FORCE FORM

| 1.) DATE | 2.) TIME | 3.) LOCATION | 4) CASE# |
|---|---|---|---|
| 12/10/2020 | 0319 | 111 Barrett Ave. Jamestown NY 14701 | 30697-20 |

| 5.) SUBJECT'S NAME | 6.) DATE OF BIRTH | 7) HEIGHT | 8.) WEIGHT | 9.) PHONE NUMBER |
|---|---|---|---|---|
| Christian T. Powell | 05/07/1996 | 5' 10" | 160 | 716-489-4264 |

**10.) REASON THE USE OF FORCE WAS NECESSARY (Check all that apply):**

- [x] TO EFFECT AN ARREST
- [ ] TO DEFEND SELF
- [ ] PREVENT ESCAPE
- [ ] TO DEFEND ANOTHER OFFICER/PERSON
- [ ] PROTECTIVE CUSTODY/SUBJECT SAFETY
- [ ] OTHER:
- [ ] TO DISPATCH ANIMAL

**11.) LIST MOST SERIOUS OFFENSE(S) AT TIME FORCE WAS USED:** Subject did have Felony Arrest Warrants out of JPD for Criminal Contempt 1st

| 12.) WAS SUBJECT INJURED? | 13.) WAS REPORTING OFFICER INJURED? | 14.) MEDICAL TREATMENT PROVIDED TO/BY: | 15.) PHOTOS TAKEN BY: |
|---|---|---|---|
| [x] Yes [ ] No  Describe Injuries: Self inflicted contusion-head | [ ] Yes [x] No  Describe Injuries : | Treatment provided to Christian T. Powell by ALSTAR EMS while in JPD Jail | PO Conklin ID 1044 |

| 16.) # SUBJECTS THAT RESISTED: | 17.) # OFFICERS PRESENT: | 18.) SUPERVISOR NOTIFIED / TIME / BY WHOM: |
|---|---|---|
| 1 | 3 | Lt. Ward / 0319 hrs / PO Obergfell |

**19.) AT THE TIME OF ARREST, THE SUBJECT WAS:**
- [x] SUSPECTED TO BE UNDER THE INFLUENCE OF ALCOHOL OR DRUGS
- [x] MENTALLY IMPARIED/EMOTIONALLY DISTURBED
- [ ] UNDER THE INFLUENCE OF ALCOHOL OR DRUGS
- [ ] OTHER:

**20.) OFFICER'S PERCEPTION OF INDIVIDUAL'S ACTIONS (USE NARRATIVE TO DESCRIBE PERCEIVED THREAT(S) POSTED BY INDIVIDUAL:**

- [ ] **PASSIVE RESISTANCE**
  (Dead weight or non-compliance to Officer's lawful verbal direction, but offering no actively resistive movement)
- [x] **ACTIVE OR ESCAPE RESISTANCE**
  (Actions such as pushing, pulling, evasive arm movement, flailing, flight, muscle tension, etc. to avoid control. Does not include attempt to harm Officer.)
- [ ] **ASSAULTIVE/ HIGH-RISK**
  (Agitated, combative state, physically assaultive actions and/or behavior that poses threat injury to another (e.g., punching, kicking, clenching of fists, etc.)
- [ ] **LIFE THREATENING / SERIOUS BODILY INJURY**
  (Actions that may result in death or serious injury)

**21.) OFFICER'S RESPONSE OPTION(S) (PROVIDE FUTHER DETAILS IN ATTACHED NARRATIVE REPORTS(S)):**

- [x] PRESENCE:  [x] FULL UNIFORM  [ ] PARTIAL UNIFORM  [ ] PLAINCLOTHES
  NOTE: Officers not in full uniform, describe means of visual police identification (e.g., raid vest or jacket, displayed badge/ID, etc.)
- [x] VERBAL COMMANDS (Describe details in Narrative Report):
- [x] COMPLIANCE TECHNIQUES (Describe details in Narrative Report):
  (Force used to gain control – restraint, come-alongs, takedowns – use of hands, arms, feet, legs)
- [ ] CHEMICAL SPRAY / CHEMICAL AGENT (Describe details in Narrative Report):
  Number of Bursts:    Durations of Bursts:    Distance from Subject:
  Impact Location:    Time between application / decontamination:
- [ ] IMPACT WEAPON / TEMP. INCAPACITATION (Describe details in Narrative Report):
- [ ] CONDUCTED ELECTRICAL WEAPON (Describe details in Narrative Report):
  [ ] Laser Only  [ ] Spark Check  [ ] Drive Stun  [ ] Probe Deployment  Impact Location:    Number of Cycles:
  Taser Unit #    Serial #:    Cartridge Serial #:    Distance from Subject:
- [ ] DEADLY FORCE – Firearm or other (Describe details in Narrative Report):
- [ ] OTHER:

**22.) RESTRAINT METHOD USED:** [x] HAND or FLEX CUFFS [ ] LEG RESTRAINTS [ ] SPIT SHIELD [ ] NONE [ ] OTHER

| 23.) OFFICERS PRESENT AT SCENE DURING FORCE APPLICATION: | 24.) SHIFT SUPERVISOR(S): |
|---|---|
| PO Obergfell ID 1047 / PO Wise ID 1038 / Deputy Madonia CCSO | Lt. Ward ID 184 |

| 25.) OTHER WITNESS(ES) / PERSON(S) PRESENT AT SCENE: | 26.) SHIFT OFFICER(S): |
|---|---|
| Sue Powell (Subjects Mother, 111 Barrett Ave.) | PO Obergfell 1047/PO Wise 1038/PO Johanson 1042/PO Conklin 1044/PO Schimek |

| 27.) AUDIO-VISUAL EVIDENCE: [x] YES [ ] NO  If NO, explain: | 28.) SUPERVISOR(S) WHO RESPONDED TO SCENE:  Lt. Ward 184 |
|---|---|

COMPLETING OFFICER(S): IF ADDITIONAL SPACE IS REQUIRED IN ANY BOX USE THE SUPPLEMENTAL REPORT; ATTACH ALL RELATED NARRATIVE REPORTS, SUPPLEMENTS AND STATEMENTS AND FORWARD TO SHIFT SUPERVISOR PRIOR TO END OF TOUR OF DUTY

# JAMESTOWN POLICE DEPARTMENT
## OFFICER NARRATIVE (Cont.)

| 29.) WAS SUBJECT INJURED? ☒Yes ☐No *(Complete Diagram Below) | 30.) OFFICER(S) TAKING PHOTOS PO Conklin ID 1044 | 31.) TOTAL # OF PHOTOS 4 |
|---|---|---|

**32.) DESCRIBE THE EXTENT OF SUBJECT'S INJURIES AND PLACE ON THE DIAGRAM:** SUBJECT #1 Name: Christian T. Powell
While officers were conducting hand extractions after Christian was taken to the ground Christian began to repeatedly hit his head against a flashlight that had fallen to the ground in the midst of the incident. Hence, Christian sustained a self inflicted contusion with minor bleeding to the right side of his forehead. Christian also sustained a minor laceration to his left ring finger at an unknown time in the midst of the encounter.

**WAS OFFICER(S) INJURED?** ☐Yes ☒No *(Complete Diagram Below)

**33.) DESCRIBE THE EXTENT OF OFFICER'S INJURIES AND PLACE ON THE DIAGRAM:** OFFICER #1 Name:

| 34.) WITNESS(ES) OR PERSON(S) WITH KNOWLEDGE | ADDRESS: | PHONE #: |
|---|---|---|
| 1) Sue Powell | 111 Barrett Ave. Jamestown, NY 14701 | 716-495-5402 |
| 2) | | |
| 3) | | |
| 4) | | |

**35.) Officers Narrative:** Did officer prepare a detailed incident report describing the facts and circumstances leading to the use of force? ☒Yes ☐No
If no, explain: See NYS Incident Report CR # 30695-20

## SUPERVISORY REVIEW

| 36.) REPORTING SUPERVISOR (Name and Badge#) Lt R. Ward #184 | 37.) DATE AND TIME OF SUPERVISOR REVIEW 12/10/20  0315 | 38.) LOCATION 111 Barrett Ave |
|---|---|---|
| 39.) OFFICER WHO USED FORCE (Name and Badge#) Obergfell #047 / Wise #1035 | 40.) WAS SUBJECT(S) INJURED? ☒Yes ☐No | 41.) WAS OFFICER(S) INJURED? ☐Yes ☒No |

**42.) Supervisor's Narrative:** Officers used the minimum amount of force necessary to control & arrest a highly combative subject, Christian T Powell. All injuries received by Powell were self-inflicted by banging his head off of various hard objects along w/ smashing his hands off the cuffs & bench in the jail. Powell was transported to UPMC Chautauqua hospital by JFD after violently smashing his head off the wall later on during the shift. No injuries to officers.

### SUPERVISORY REVIEW
Use of force requires an ON-SCENE review (if practical), including a narrative report from the responding supervisor. This is REQUIRED for incidents involving- Chemical Spray, CEW Probe deployment or Drive Stun; any incident resulting in injury or complaint of injury; or any other time deemed appropriate by a supervisor.

COMPLETING OFFICER(S): IF ADDITIONAL SPACE IS REQUIRED IN ANY BOX USE THE SUPPLEMENTAL REPORT;
ATTACH ALL RELATED NARRATIVE REPORTS, SUPPLEMENTS AND STATEMENTS AND
FORWARD TO SHIFT SUPERVISOR PRIOR TO END OF TOUR OF DUTY

# REQUEST FOR EXAMINATION OF PERSON

CR# 30695-20

- [ ] To: TLC Health Network
  Lake Shore Campus
  Rtes 5 & 20
  Irving, NY 14081
  (9.41 MHL Only)

- [x] To: UPMC Chautauqua WCA
  207 Foote Avenue
  Jamestown, NY 14701
  (9.41 MHL Only)

POLICE AGENCY: JPD
INCIDENT LOCATION: 111 Barrett Ave
DATE: 12/10/20   TIME OF TRANSPORT: ____
AMB. CO.: ____   AMB#: ____

[x] Under the authority of Section 9.41 M.H.L. of N.Y.S
[ ] Under the authority of Section 22.09 (c) M.H.L. of N.Y.S

1. NAME (LAST, FIRST, M.I.): Powell, Christian T.
2. DATE OF BIRTH: 5/7/96
3. AGE: 24
4. SEX: M

ADDRESS: 111 Barrett Ave Jamestown, NY 14701

What was reported to the police about the person and who provided this information?
Name of Source: PO Wise   Relationship to Subject: ____   Phone: ____

**What Behavior or actions indicate that the person might be a danger to self or others?**

- [ ] Places self in dangerous situations
- [ ] Unable to care for self
- [ ] Other (please specify): ____
- [ ] Verbal threats
- [ ] Physical threats
- [x] Talk of hurting/killing self
- [x] Attempting to hurt/kill self

**Does the person show any of the following behaviors?** (Check Box if behavior was either observed (O) or reported (R):

| O | R | Verbal/behavioral |
|---|---|---|
| x | ☐ | Incoherent/Illogical speech |
| ☐ | ☐ | Talking to self |
| ☐ | ☐ | Failure to respond to questions |
| ☐ | ☐ | Reporting hearing voices |
| x | ☐ | Slurred speech |
| ☐ | ☐ | Extreme rapid/uncontrolled speech |
| ☐ | ☐ | Extreme slow speech |
| x | ☐ | Hostile/argumentative/belligerent |
| ☐ | ☐ | Repeated loud yelling |
| ☐ | ☐ | Overly suspicious/feelings of persecution |
| ☐ | ☐ | Talks repeatedly about a single subject |
| ☐ | ☐ | Express ideas of inflated self-importance |
| ☐ | ☐ | Talks repeatedly about death |

| O | R | Appearance & Behavior |
|---|---|---|
| ☐ | ☐ | Confused/disoriented |
| x | ☐ | Sad expression/crying |
| ☐ | ☐ | Presence of feces or urine |
| x | ☐ | Bloodshot eyes |
| x | ☐ | Suspiciousness |
| x | ☐ | Hyperactivity |
| ☐ | ☐ | Nodding out |
| ☐ | ☐ | Profuse Sweating |
| ☐ | ☐ | Appears insensitive to pain |
| ☐ | ☐ | Dress indicates lack of awareness of weather/personal hygiene |
| ☐ | ☐ | Exhibits extraordinary physical strength |
| ☐ | ☐ | Extremely rapid heart rate/respiration |

| O | R | Substance Abuse Indicators |
|---|---|---|
| ☐ | ☐ | Open drug containers |
| ☐ | ☐ | Empty beer/alcohol cont. |
| ☐ | ☐ | Crack vials |
| ☐ | ☐ | Glassine envelopes |
| ☐ | ☐ | Hypodermic envelopes |
| ☐ | ☐ | Other (Describe briefly) |

**WEAPONS CHECK**
Searched? [x] Yes [ ] No
Weapons found? [ ] Yes [x] No
If found, disposition: ____

**What did the officer observe?** e.g. (Describe any known history of violence; note any current behavior; and indicate harmful or neglectful behavior to self):
Powell was repeatedly hitting his face off of the ground until he started to bleed. Powell stated numerous times that he wished to die.

If a CRIMINAL CHARGE has been placed, complete the following items:
CHARGE(S): Criminal Mischief 4th, Resisting arrest, Obstructing governmental administration 2nd

App. Ticket Issued? [ ] Yes [x] No
Order of Protection in Force? [ ] Yes [x] No

OFFICER'S NAME (Please Print): PO Wise   ID#: 1038   Date: 12/10/20

Staff Signature: ____   Time/Date: ____