# EXHIBIT D

# EXHIBIT D

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHRISTIAN POWELL

        Plaintiff,

-vs-

                                            Civil Action No.: 1:21-CV-00721

CITY OF JAMESTOWN,
CITY OF JAMESTOWN CLERK,
JAMESTOWN POLICE DEPARTMENT,
JAMESTOWN POLICE CHIEF TIMOTHY
JACKSON,
COUNTY OF CHAUTAUQUA,
CHAUTAUQUA COUNTY SHERRIFF'S OFFICE,
CHAUTAUQUA COUNTY SHERRIFF JAMES B. QUATTRONE,
CHAUTAUQUA COUNTY UNDERSHERRIFF
DARRYL W. BRALEY,
JOHN DOES 1-10, said names being fictitious but
intended to be any other individual/officers involved
in the within incident and employees of the
CITY OF JAMESTOWN and/or JAMESTOWN POLICE
DEPARTMENT in their individual and official
capacities, and
JOHN DOES 1-10, said names being fictitious
but intended to be any other individual/officers involved
in the within incident and employees of the
COUNTY OF CHAUTAUQUA and/or
CHAUTAUQUA COUNTY SHERRIFF'S OFFICE in
their individual and official capacities,

        Defendants.

---

## **DECLARATION OF MARK CONKLIN**

    I, Mark Conklin, make this Declaration under the penalties of perjury pursuant to 28 U.S.C. § 1746:

    1. I am a Police Officer for the City of Jamestown Police Department and have held this

position since June 2019.

2. As part of my duties and responsibilities as a Police Officer for the Jamestown Police Department, I am required to document any and all instances where any amount of force is required to be used during the course of an arrest.

3. Attached as **Exhibit A** is a true and accurate copy of the case file that I created at 0332 hours regarding the December 10, 2020, arrest of Christian T. Powell, which took place in the City of Jamestown, County of Chautauqua, and State of New York.

4. Attached as **Exhibit B** is a true and accurate copy of the case file that I created at 0625 hours regarding the December 10, 2020, arrest of Christian T. Powell, which took place in the City of Jamestown, County of Chautauqua, and State of New York.

5. The attached **Exhibits A and B** are kept and maintained by the City of Jamestown Police Department in its regular course of business.

6. All of the information contained in the attached Case Files truly and accurately reflects my knowledge of what transpired during the arrest of Christian T. Powell which took place in the City of Jamestown, County of Chautauqua and State of New York.

Dated: August 26th, 2021

/MC-1044/

Mark Conklin

# EXHIBIT A

# EXHIBIT A

Case File #1044

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Agency: JAMESTOWN POLICE DEPART | 2. Division/Precinct: 3 | New York State INCIDENT REPORT | 3. ORI: NY0060200 | 4. ☒ Orig. ☐ Supp. | 5. Case No. | 6. Incident No.: 30699-20 |
| 7. Report Day: Thurs | 8. Date: 12-10-20 | 9. Report Time: 0337 | 10. Occurred On/From Day: Thurs | 11. Date: 12-10-20 | 12. Time: 0337 | 13. Occurred To Day | 14. Date | 15. Time |

16. Incident Type: Jail Incident
17. Business Name: —
18. Weapon: —

19. Incident Address: JPD Jail 201 E 2nd Street
20. City, State, Zip: ☒C ☐T ☐V  JAMESTOWN, NY 14701
21. Location Code: 0702

NAME OF OFFENSE | CTS | 23. No of Victims: 0
22. Off No. / LAW / SECT / SUB / CL / CAT / DEG / ATT
24. No. of Suspects: 1

25. Person Type — 26. Victim also Complainant: ☐Yes ☒No

| Type/No | Name (Last, First, Middle, Title) | DOB | STREET NO, STREET NAME, BUILD NO, APT NO, CITY, STATE, ZIP | TELEPHONE NO |
|---|---|---|---|---|
| PR | PO CONKLIN | | JPD JAIL, 201 E 2nd Street | 716-483-7522 |

34. Type/No: S
35. Name: Powell, Christian T
38. Address: 111 Barrett Ave., Jamestown NY 14701
39. Phone No.:
40. SSN: 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
41. Date of Birth: 5/7/1996
42. Age: 24
29. Sex: ☒M ☐F ☐U
44. Race: ☒White ☐Black ☐Other ☐Indian ☐Asian ☐Unk.
45. Ethnic: ☐Hispanic ☐Unk ☒Non Hispanic
46. Skin: ☒Light ☐Dark ☐Unk ☐Medium ☐Other
47. Occupation:
48. Height: 5'10"
49. Weight: 160
50. Hair: BRN
51. Eyes: HZL
52. Glasses: ☐Yes ☒No ☐Contacts
53. Build: ☒Small ☐Large ☐Medium
37. Apparent Condition: ☐Impaired Drugs ☒Mental Dis. ☐Unk. ☒Impaired Alco. ☐Inj/Ill ☐App Norm

73. On 12-10-2020 writer (PO Conklin) was working in the Jamestown City Jail as the Jailor. At 0332 hrs (S) Christian T. Powell entered the Jail. Powell had been banging his head off of objects prior to arrival in the jail and had in return sustained some abrasions, mostly to the right side of his head. Officers called EMS into the jail, they responded around 0337 hrs. Powell refused to let EMS check him out, he repeatedly said "don't touch me". EMS did say that Powell's injuries did not need stitches.

77. Reporting Officer Signature: [signature] 
78. ID No: 1044
79. Supervisors Signature: [signature]
80. ID No: 164
84. Page # 1 Of 2 Pages

DCJS-3205 (2/97) *FALSE STATEMENTS ARE PUNISHABLE AS A CRIME, PURSUANT TO THE NEW YORK STATE PENAL LAW

| 1.Agency JAMESTOWN POLICE DEPART | 2.Division/Precinct 3 | | 3.ORI NY0060200 | 4. ☒ Orig. ☐ Supp. | 5.Case No. | 6.Incident No. 36699-20 |
|---|---|---|---|---|---|---|
| 7.Report Day Thurs | 8.Date 12-10-20 | 9.Report Time 0337 | | 10.Day Thurs | 11.Date 12-10-20 | 12.Time 0337 | 13.Day | 14.Date | 15.Time |
| 16. Incident Type Jail Incident | | | 17. Business Name — | | 18. Weapon — | A X |
| 19. Incident Address (Street No, Street Name, Bldg. No. Apt. No.) JPD Jail 201 E 2nd Street | | | 20. City, State, Zip (☒ C ☐ T ☐ V) JAMESTOWN, NY 14701 | | 21. Location Code 0702 | B |

| | | | | | | 23. No of Victims 0 | C |
| 1 | PL | | | | | | |
| 2 | | | | | | 24.No of Suspects 1 | D |
| 3 | | | | | | | E |

**73.** Powell was already a 9.41 constant upon arrival due to his self injurious behavior.

# EXHIBIT B

# EXHIBIT B

Case File #1044

| 1. Agency | 2. Division/Precinct | | 3. ORI | 4. ☒ Orig. ☐ Supp. | 5. Case No. | 6. Incident No. |
|---|---|---|---|---|---|---|
| JAMESTOWN POLICE DEPART | 3 | | NY0060200 | | | 30704-20 |
| 7. Report Day | 8. Date | 9. Report Time | 10. Day | 11. Date | 12. Time | 13. Day | 14. Date | 15. Time |
| Thurs | 12-10-20 | 0625 | Thurs | 12-10-20 | 0625 | Thurs | 12-10-20 | 0946 |

16. Incident Type: Jail Incident
18. Weapon: A / X
19. Incident Address: JPD Jail, 201 E 2nd Street
20. City, State, Zip: JAMESTOWN, NY 14701
21. Location Code: 0702
B X
23. No. of Victims: 0  C X
24. No. of Suspects: 1  D 12
E X

PR  PO Conklin     JPD, Jamestown NY 14701     716 483 7522  F X
                                                              G Y
                                                              H X
                                                              I X

34. Type/No Table O: S
35. Name: Powell, Christian T
37. Apparent Condition: ☒ Mental Dis. ☒ Impaired Alco.
38. Address: 111 Barrett Ave Jamestown NY
40. SSN: 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  L X
41. DOB: 5-7-96   42. Age: 24   Sex: ☒ M   Race: ☒ White, ☒ Non Hispanic   Skin: ☒ Light   M O
48. Height: 5 Ft 10 In   49. Weight: 150   50. Hair: BLN   51. Eyes: HZL   52. Glasses: ☒ No   53. Build: ☒ Small   N X

73. On 12-10-20 at around 0625 hrs writer (PO Conklin) was stationed in the Jamestown City Jail as the Jailor. (S) Christian T. Powell was in the jail on the booking bench. Powell had been upset due to his arrest, he intentionally hit his head against the concrete wall. Writer called for EMS in the jail so Powell could be evaluated. JFD responded to the jail and determined Powell should be transported to UPMC as he was showing signs of a concussion, as well as swelling to the right side of his face.

77. Reporting Officer Signature: PTLM M. Conklin    78. ID No: 1044
79. Supervisors Signature: Sgt. [signature]   80. ID No: 1001
84. Page # 1 Of 2 Pages

DCJS-3205 (2/97) *FALSE STATEMENTS ARE PUNISHABLE AS A CRIME, PURSUANT TO THE NEW YORK STATE PENAL LAW

| 1. Agency | 2. Division/Precinct | 3. ORI | 4. ☒ Orig. ☐ Supp. | 5. Case No. | 6. Incident No. |
|---|---|---|---|---|---|
| JAMESTOWN POLICE DEPART | 3 | NY0060200 | | | 30704-20 |

| 7. Report Day | 8. Date | 9. Report Time | 10. Day | 11. Date | 12. Time | 13. Day | 14. Date | 15. Time |
|---|---|---|---|---|---|---|---|---|
| Thurs | 12-10-20 | 0625 | Thurs | 12-10-20 | 0625 | Thurs | 12-10-20 | 0440 |

| 16. Incident Type | 17. Business Name | 18. Weapon |
|---|---|---|
| Jail Incident | — | — |

| 19. Incident Address | 20. City, State, Zip (☒C ☐T ☐V) | 21. Location Code |
|---|---|---|
| JPD Jail, 201 E 2nd Street | JAMESTOWN, NY 14701 | 0702 |

73. The Falconer Fire Dept transported Powell to UPMC at 0658 hrs. PO Olszewski rode with Powell during transport. A supplemental from PO Olszewski is attached. Powell had already been a 9.41 constant prior to this incident due to previous incidents earlier in the night. C/R 30695-20 / 30699-20. Sgt. Overend added incident in E-Justice (CR# for E-Justice entry - 134212).

78. ID No. 1044
80. ID No. 1001
84. Page # 2 of 2 Pages

DCJS-3205 (2/97) *FALSE STATEMENTS ARE PUNISHABLE AS A CRIME, PURSUANT TO THE NEW YORK STATE PENAL LAW