# EXHIBIT F

# EXHIBIT F

# NFIRS-1 Basic

**A**
- FDID: 07024
- State: NY
- Incident Date: 12/10/2020
- Station: 4
- Incident Number: 20-0006596
- Exposure: 000
- ☐ Delete ☐ Change ☐ No Activity

**B Location** ✱
- ☒ Street address
- ☐ Intersection
- ☐ In front of
- ☐ Rear of
- ☐ Adjacent to
- ☐ Directions

☐ Check this box to Indicate that the address for this incident is provided on the Wildland Fire Module In Section B "Alternative Location Specification". Use only for Wildland fires.

Census Tract: 0002

- Number/Milepost: 201
- Prefix: E
- Street or Highway: 2ND
- Street Type: ST
- Suffix:
- Apt./Suite/Room:
- City: JAMESTOWN
- State: NY
- Zip Code: 14701

Cross street or directions, as applicable:

**C Incident Type** ✱
- 321 | EMS call, excluding vehicle

**D Aid Given or Received** ✱
1. ☒ Mutual aid received
2. ☐ Automatic aid recv.
3. ☐ Mutual aid given
4. ☐ Automatic aid given
5. ☐ Other aid given
N. ☐ None

Their FDID: 07015   Their State: NY
Their Incident Number:

**E1 Date & Times** (Midnight is 0000)

| | Month | Day | Year | Hr Min Sec |
|---|---|---|---|---|
| Alarm ✱ | 12 | 10 | 2020 | 06:23:00 |
| ☒ Arrival ✱ | 12 | 10 | 2020 | 06:32:00 |
| ☒ Controlled | 12 | 10 | 2020 | 06:32:00 |
| ☒ Last Unit Cleared | 12 | 10 | 2020 | 06:57:00 |

**E2 Shift & Alarms**
- Shift or Platoon: 3
- Alarms: 3
- District:

**E3 Special Studies**
- Special Study ID#:
- Special Study Value:

**F Actions Taken** ✱
- 31 | Provide first aid & (Primary Action Taken (1))
- Additional Action Taken (2):
- Additional Action Taken (3):

**G1 Resources** ✱
☒ Check this box and skip this section if an Apparatus or Personnel form is used.

| | Apparatus | Personnel |
|---|---|---|
| Suppression | | |
| EMS | 0001 | 0003 |
| Other | | |

☐ Check box if resource counts include aid received resources.

**G2 Estimated Dollar Losses & Values**

LOSSES: Required for all fires if known. Optional for non fires.

- Property $ ___,000,000 ☐ None
- Contents $ ___,000,000 ☐

PRE-INCIDENT VALUE: Optional
- Property $ ___,000,000 ☐
- Contents $ ___,000,000 ☐

**Completed Modules**
- ☐ Fire-2
- ☐ Structure-3
- ☐ Civil Fire Cas.-4
- ☐ Fire Serv. Cas.-5
- ☐ EMS-6
- ☐ HazMat-7
- ☐ Wildland Fire-8
- ☒ Apparatus-9
- ☒ Personnel-10
- ☐ Arson-11

**H1 Casualties** ☐ None

| | Deaths | Injuries |
|---|---|---|
| Fire Service | | |
| Civilian | | |

**H2 Detector** (Required for Confined Fires.)
1. ☐ Detector alerted occupants
2. ☐ Detector did not alert them
U. ☐ Unknown

**H3 Hazardous Materials Release**
- N ☐ None
- 1 ☐ Natural Gas: slow leak, no evacuation or HazMat actions
- 2 ☐ Propane gas: <21 lb. tank (as in home BBQ grill)
- 3 ☐ Gasoline: vehicle fuel tank or portable container
- 4 ☐ Kerosene: fuel burning equipment or portable storage
- 5 ☐ Diesel fuel/fuel oil: vehicle fuel tank or portable
- 6 ☐ Household solvents: home/office spill, cleanup only
- 7 ☐ Motor oil: from engine or portable container
- 8 ☐ Paint: from paint cans totaling < 55 gallons
- 0 ☐ Other: Special HazMat actions required or spill > 55gal., Please complete the HazMat form

**I Mixed Use Property**
- NN ☐ Not Mixed
- 10 ☐ Assembly use
- 20 ☐ Education use
- 33 ☐ Medical use
- 40 ☐ Residential use
- 51 ☐ Row of stores
- 53 ☐ Enclosed mall
- 58 ☐ Bus. & Residential
- 59 ☐ Office use
- 60 ☐ Industrial use
- 63 ☐ Military use
- 65 ☐ Farm use
- 00 ☐ Other mixed use

**J Property Use** ✱

Structures
- 131 ☐ Church, place of worship
- 161 ☐ Restaurant or cafeteria
- 162 ☐ Bar/Tavern or nightclub
- 213 ☐ Elementary school or kindergarten
- 215 ☐ High school or junior high
- 241 ☐ College, adult education
- 311 ☐ Care facility for the aged
- 331 ☐ Hospital
- 341 ☐ Clinic, clinic type infirmary
- 342 ☐ Doctor/dentist office
- 361 ☒ Prison or jail, not juvenile
- 419 ☐ 1-or 2-family dwelling
- 429 ☐ Multi-family dwelling
- 439 ☐ Rooming/boarding house
- 449 ☐ Commercial hotel or motel
- 459 ☐ Residential, board and care
- 464 ☐ Dormitory/barracks
- 519 ☐ Food and beverage sales
- 539 ☐ Household goods, sales, repairs
- 579 ☐ Motor vehicle/boat sales/repair
- 571 ☐ Gas or service station
- 599 ☐ Business office
- 615 ☐ Electric generating plant
- 629 ☐ Laboratory/science lab
- 700 ☐ Manufacturing plant
- 819 ☐ Livestock/poultry storage (barn)
- 882 ☐ Non-residential parking garage
- 891 ☐ Warehouse

Outside
- 124 ☐ Playground or park
- 655 ☐ Crops or orchard
- 669 ☐ Forest (timberland)
- 807 ☐ Outdoor storage area
- 919 ☐ Dump or sanitary landfill
- 931 ☐ Open land or field
- 936 ☐ Vacant lot
- 938 ☐ Graded/care for plot of land
- 946 ☐ Lake, river, stream
- 951 ☐ Railroad right of way
- 960 ☐ Other street
- 961 ☐ Highway/divided highway
- 962 ☐ Residential street/driveway
- 981 ☐ Construction site
- 984 ☐ Industrial plant yard

Lookup and enter a Property Use code only if you have NOT checked a Property Use box:

Property Use: 361 | Jail, prison (not juvenile)

NFIRS-1 Revision 03/11/99

## K1 Person/Entity Involved
Local Option

- [ ] Check This Box if same address as incident location. Then skip the three duplicate address lines.

| Field | Value |
|---|---|
| Business name (if applicable) | |
| Area Code / Phone Number | |
| Mr., Ms., Mrs. | |
| First Name | Christian |
| MI | |
| Last Name | Powell |
| Suffix | |
| Number | 11 |
| Prefix | |
| Street or Highway | Barrett |
| Street Type | AVE |
| Suffix | |
| Post Office Box | |
| Apt./Suite/Room | |
| City | JAMESTOWN |
| State | NY |
| Zip Code | 14701 |

- [ ] More people involved? Check this box and attach Supplemental Forms (NFIRS-1S) as necessary

## K2 Owner
Local Option

- [ ] Same as person involved? Then check this box and skip the rest of this section.
- [ ] Check this box if same address as incident location. Then skip the three duplicate address lines.

(All fields blank)

## L Remarks
Local Option

On arrival to the jail we found patient with a large hematoma to his forehead. This head injury was self inflicted. Patient states he "wants to die". Assessed vitals and transferred care to A401 Falconer for transport.

## L Authorization

| Officer in charge ID | Signature | Position or rank | Assignment | Month | Day | Year |
|---|---|---|---|---|---|---|
| 956 | HANLON, PHILIP F | LT | | 12 | 11 | 2020 |

- [ ] Check Box if same as Officer in charge.

| Member making report ID | Signature | Position or rank | Assignment | Month | Day | Year |
|---|---|---|---|---|---|---|
| 798 | PERRIN, MELODIE E | CIV | | 12 | 11 | 2020 |

| 07024 | NY | 12 | 10 | 2020 | 4 | 20-0006596 | 000 | Complete Narrative |
|---|---|---|---|---|---|---|---|---|
| FDID | State | Incident Date | | | Station | Incident Number | Exposure | |

**Narrative:**
On arrival to the jail we found patient with a large hematoma to his forehead. This head injury was self inflicted. Patient states he "wants to die". Assessed vitals and transferred care to A401 Falconer for transport.

# NFIRS - 9 Apparatus or Resources

## A
| FDID | State | Incident Date | Station | Incident Number | Exposure |
|---|---|---|---|---|---|
| 07024 | NY | 12 / 10 / 2020 | 4 | 20-0006596 | 000 |

☐ Delete
☐ Change

## B Apparatus or Resource

| # | ID | Type | Dispatch (Month/Day/Year Hour:Min) | Arrival | Clear | Sent | Number of People | Use | Actions Taken |
|---|---|---|---|---|---|---|---|---|---|
| 1 | E4 | 11 | ☒ 12/10/2020 06:23 | ☒ 12/10/2020 06:32 | ☒ 12/10/2020 06:57 | ☒ | 3 | ☐ Suppression ☒ EMS ☐ Other | |
| 2 | | | | | | | | ☐ Suppression ☐ EMS ☐ Other | |
| 3 | | | | | | | | ☐ Suppression ☐ EMS ☐ Other | |
| 4 | | | | | | | | ☐ Suppression ☐ EMS ☐ Other | |
| 5 | | | | | | | | ☐ Suppression ☐ EMS ☐ Other | |
| 6 | | | | | | | | ☐ Suppression ☐ EMS ☐ Other | |
| 7 | | | | | | | | ☐ Suppression ☐ EMS ☐ Other | |
| 8 | | | | | | | | ☐ Suppression ☐ EMS ☐ Other | |
| 9 | | | | | | | | ☐ Suppression ☐ EMS ☐ Other | |

Check if same as alarm date ☒ (Sent)

## Type of Apparatus or Resources

**Ground Fire Suppression**
- 11 Engine
- 12 Truck or aerial
- 13 Quint
- 14 Tanker & pumper combination
- 16 Brush truck
- 17 ARF (Aircraft Rescue and Firefighting)
- 10 Ground fire suppression, other

**Heavy Ground Equipment**
- 21 Dozer or plow
- 22 Tractor
- 24 Tanker or tender
- 20 Heavy equipment, other

**Aircraft**
- 41 Aircraft: fixed wing tanker
- 42 Helitanker
- 43 Helicopter
- 40 Aircraft, other

**Marine Equipment**
- 51 Fire boat with pump
- 52 Boat, no pump
- 50 Marine apparatus, other

**Support Equipment**
- 61 Breathing apparatus support
- 62 Light and air unit
- 60 Support apparatus, other

**Medical & Rescue**
- 71 Rescue unit
- 72 Urban Search & rescue unit
- 73 High angle rescue unit
- 75 BLS unit
- 76 ALS unit
- 70 Medical and rescue unit, other

**Other**
- 91 Mobile command post
- 92 Chief officer car
- 93 HazMat unit
- 94 Type 1 hand crew
- 95 Type 2 hand crew
- 99 Privately owned vehicle
- 00 Other apparatus/resource

- NN None
- UU Undetermined

More Apparatus? Use Additional Sheets

NFIRS-9 Revision 11/17/98

## A — NFIRS - 10 Personnel

| FDID | State | Incident Date | Station | Incident Number | Exposure | |
|---|---|---|---|---|---|---|
| 07024 | NY | 12 / 10 / 2020 | 4 | 20-0006596 | 000 | ☐ Delete ☐ Change |

## B — Apparatus or Resource

### Apparatus 1

- **ID:** E4
- **Type:** 11
- **Dispatch:** ☒ 12/10/2020 06:23
- **Arrival:** ☒ 12/10/2020 06:32
- **Clear:** ☒ 12/10/2020 06:57
- **Sent:** ☒
- **Number of People:** 3
- **Use:** ☐ Suppression  ☒ EMS  ☐ Other

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 1007 | THORPE, HUNTER | FF1 | X | | | | |
| 956 | HANLON, PHILIP | CAPT | X | | | | |
| 977 | WADSWORTH, BROCK | FF | X | | | | |

### Apparatus 2

- **ID:** (blank)
- **Type:** (blank)
- **Dispatch:** ☐
- **Arrival:** ☐
- **Clear:** ☐
- **Sent:** ☐
- **Use:** ☐ Suppression  ☐ EMS  ☐ Other

### Apparatus 3

- **ID:** (blank)
- **Type:** (blank)
- **Dispatch:** ☐
- **Arrival:** ☐
- **Clear:** ☐
- **Sent:** ☐
- **Use:** ☐ Suppression  ☐ EMS  ☐ Other

| 07024 | NY | 12 | 10 | 2020 | 4 | 20-0006596 | 000 | Responding Units/Personnel |
|---|---|---|---|---|---|---|---|---|
| FDID | State | Incident Date | | | Station | Incident Number | Exposure | |

| Unit | Notify Time | Enroute Time | Arrival Time | Cleared Time |
|---|---|---|---|---|
| E4  ENGINE 4 | 06:23:00 | 06:23:00 | 06:32:00 | 06:57:00 |

| Staff ID\Staff Name | Activity | Rank | Position | Role |
|---|---|---|---|---|
| 1007   THORPE, HUNTER J | Medical At Scene | Firefighter | | |
| 956    HANLON, PHILIP F | Medical At Scene | Captain | | |
| 977    WADSWORTH, BROCK C | Medical At Scene | Firefighter | | |

| 07024 | NY | 12 | 10 | 2020 | 4 | 20-0006596 | 000 | Responding Personnel |
|---|---|---|---|---|---|---|---|---|
| FDID | State | MM | DD | YYYY | Station | Incident Number | Exposure | |
| | | Incident Date | | | | | | |

| Staff ID\Staff Name | Unit | Activity | Position | Rank | PayScl | Hrs | HrsPd | Pts |
|---|---|---|---|---|---|---|---|---|
| 1007 THORPE, HUNTER J | E4 | MX Medical At | | FF1 | | 0.57 | 0.57 | 1.00 |
| 956 HANLON, PHILIP F | E4 | MX Medical At | | CAPT | | 0.57 | 0.57 | 1.00 |
| 977 WADSWORTH, BROCK C | E4 | MX Medical At | | FF | | 0.57 | 0.57 | 1.00 |

**Total Participants:** 3                                                      **Total Personnel Hours:**   1.71

An 'X' next to the unit denotes driver.

FIRE                                                                                               07024    12/10/2020    20-0006596

| 07024 | NY | MM 12 | DD 10 | YYYY 2020 | 4 | 20-0006596 | 000 | NFIRS - Involvement User Fields |
|---|---|---|---|---|---|---|---|---|
| FDID | State | | Incident Date | | Station | Incident Number | Exposure | |

Case 1:21-cv-00721-MAV-JJM   Document 14-7   Filed 08/27/21   Page 9 of 9

**Involvement Name:** Powell, Christian

**Involvement Type:** Patient

**Owner:**

**Occupant:**