# EXHIBIT G

# EXHIBIT G

**A** | NFIRS -1 Basic

| 07024 | NY | 12 | 10 | 2020 | 1 | 20-0006603 | 000 | [X] Change |
|---|---|---|---|---|---|---|---|---|
| FDID ★ | State ★ | Incident Date ★ | | | Station | Incident Number ★ | Exposure ★ | [ ] No Activity |

**B  Location***

[ ] Check this box to Indicate that the address for this incident is provided on the Wildland Fire Module In Section B "Alternative Location Specification". Use only for Wildland fires.    Census Tract [0002] [ ]-[ ]

[X] Street address
[ ] Intersection
[ ] In front of
[ ] Rear of
[ ] Adjacent to
[ ] Directions

| 201 | E | 2ND | | ST | |
|---|---|---|---|---|---|
| Number/Milepost | Prefix | Street or Highway | | Street Type | Suffix |

| | JAMESTOWN | NY | 14701 | -  |
|---|---|---|---|---|
| Apt./Suite/Room | City | State | Zip Code | |

Cross street or directions, as applicable

**C  Incident Type ★**

| 321 | EMS call, excluding vehicle |
|---|---|

Incident Type

**D  Aid Given or Received★**

1 [ ] Mutual aid received
2 [ ] Automatic aid recv.
3 [ ] Mutual aid given
4 [ ] Automatic aid given
5 [ ] Other aid given
N [X] None

Their FDID  Their State

Their Incident Number

**E1  Date & Times**          Midnight is 0000

Check boxes if dates are the same as Alarm Date.

| | Month | Day | Year | Hr Min Sec |
|---|---|---|---|---|
| ALARM always required | | | | |
| Alarm ★ | 12 | 10 | 2020 | 10:51:00 |
| ARRIVAL required, unless canceled or did not arrive | | | | |
| [X] Arrival ★ | 12 | 10 | 2020 | 10:54:00 |
| CONTROLLED Optional, Except for wildland fires | | | | |
| [X] Controlled | 12 | 10 | 2020 | 10:56:00 |
| LAST UNIT CLEARED, required except for wildland fires | | | | |
| [X] Last Unit Cleared | 12 | 10 | 2020 | 10:56:00 |

**E2  Shift & Alarms**

Local Option

| 4 | | 2 | |
|---|---|---|---|
| Shift or Platoon | | Alarms | District |

**E3  Special Studies**

Local Option

| | | |
|---|---|---|
| Special Study ID# | | Special Study Value |

**F  Actions Taken ★**

| 31 | Provide first aid & |
|---|---|

Primary Action Taken (1)

| | |
|---|---|

Additional Action Taken (2)

| | |
|---|---|

Additional Action Taken (3)

**G1  Resources ★**

[X] Check this box and skip this section if an Apparatus or Personnel form is used.

| | Apparatus | Personnel |
|---|---|---|
| Suppression | | |
| EMS | 0001 | 0002 |
| Other | | |

[ ] Check box if resource counts include aid received resources.

**G2  Estimated Dollar Losses & Values**

LOSSES: Required for all fires if known. Optional for non fires.                None

| Property | $ | , | 000 , | 000 | [ ] |
|---|---|---|---|---|---|
| Contents | $ | , | 000 , | 000 | [ ] |

PRE-INCIDENT VALUE:  Optional

| Property | $ | , | 000 , | 000 | [ ] |
|---|---|---|---|---|---|
| Contents | $ | , | 000 , | 000 | [ ] |

**Completed Modules**

[ ] Fire-2
[ ] Structure-3
[ ] Civil Fire Cas.-4
[ ] Fire Serv. Cas.-5
[ ] EMS-6
[ ] HazMat-7
[ ] Wildland Fire-8
[X] Apparatus-9
[X] Personnel-10
[ ] Arson-11

**H1★Casualties** [ ] None

| | Deaths | Injuries |
|---|---|---|
| Fire Service | | |
| Civilian | | |

**H2  Detector**

Required for Confined Fires.

1 [ ] Detector alerted occupants
2 [ ] Detector did not alert them
U [ ] Unknown

**H3  Hazardous Materials Release**

N [ ] None
1 [ ] Natural Gas: slow leak, no evauation or HazMat actions
2 [ ] Propane gas: <21 lb. tank (as in home BBQ grill)
3 [ ] Gasoline: vehicle fuel tank or portable container
4 [ ] Kerosene: fuel burning equipment or portable storage
5 [ ] Diesel fuel/fuel oil: vehicle fuel tank or portable
6 [ ] Household solvents: home/office spill, cleanup only
7 [ ] Motor oil: from engine or portable container
8 [ ] Paint: from paint cans totaling < 55 gallons
0 [ ] Other: Special HazMat actions required or spill > 55gal., Please complete the HazMat form

**I  Mixed Use Property**

| NN | [ ] Not Mixed |
|---|---|
| 10 | [ ] Assembly use |
| 20 | [ ] Education use |
| 33 | [ ] Medical use |
| 40 | [ ] Residential use |
| 51 | [ ] Row of stores |
| 53 | [ ] Enclosed mall |
| 58 | [ ] Bus. & Residential |
| 59 | [ ] Office use |
| 60 | [ ] Industrial use |
| 63 | [ ] Military use |
| 65 | [ ] Farm use |
| 00 | [ ] Other mixed use |

**J  Property Use★     Structures**

131 [ ] Church, place of worship
161 [ ] Restaurant or cafeteria
162 [ ] Bar/Tavern or nightclub
213 [ ] Elementary school or kindergarten
215 [ ] High school or junior high
241 [ ] College, adult education
311 [ ] Care facility for the aged
331 [ ] Hospital

341 [ ] Clinic,clinic type infirmary
342 [ ] Doctor/dentist office
361 [X] Prison or jail, not juvenile
419 [ ] 1-or 2-family dwelling
429 [ ] Multi-family dwelling
439 [ ] Rooming/boarding house
449 [ ] Commercial hotel or motel
459 [ ] Residential, board and care
464 [ ] Dormitory/barracks
519 [ ] Food and beverage sales

539 [ ] Household goods,sales,repairs
579 [ ] Motor vehicle/boat sales/repair
571 [ ] Gas or service station
599 [ ] Business office
615 [ ] Electric generating plant
629 [ ] Laboratory/science lab
700 [ ] Manufacturing plant
819 [ ] Livestock/poultry storage(barn)
882 [ ] Non-residential parking garage
891 [ ] Warehouse

**Outside**

124 [ ] Playground or park
655 [ ] Crops or orchard
669 [ ] Forest (timberland)
807 [ ] Outdoor storage area
919 [ ] Dump or sanitary landfill
931 [ ] Open land or field

936 [ ] Vacant lot
938 [ ] Graded/care for plot of land
946 [ ] Lake, river, stream
951 [ ] Railroad right of way
960 [ ] Other street
961 [ ] Highway/divided highway
962 [ ] Residential street/driveway

981 [ ] Construction site
984 [ ] Industrial plant yard

Lookup and enter a Property Use code only if you have NOT checked a Property Use box:

Property Use | 361 |

Jail, prison (not juvenile)

NFIRS-1 Revision 03/11/99

07024    12/10/2020    20-0006603

**K1**  **Person/Entity Involved**
Local Option

Business name (if applicable)                                    Area Code      Phone Number

☐ Check This Box if same address as incident location. Then skip the three duplicate address lines.

Mr.,Ms., Mrs. First Name — Christian        MI        Last Name — Powell        Suffix

Number — 11        Prefix        Street or Highway — Barrett        Street Type — AVE        Suffix

Post Office Box        Apt./Suite/Room        City — JAMESTOWN

State — NY        Zip Code — 14701 — ☐

☐ **More people involved? Check this box and attach Supplemental Forms (NFIRS-1S) as necessary**

**K2 Owner**  ☐ Same as person involved? Then check this box and skip The rest of this section.
Local Option

Business name (if Applicable)                                    Area Code — Phone Number

☐ Check this box if same address as incident location. Then skip the three duplicate address lines.

Mr.,Ms., Mrs. First Name        MI        Last Name        Suffix

Number        Prefix        Street or Highway        Street Type        Suffix

Post Office Box        Apt./Suite/Room        City

State        Zip Code —

**L  Remarks**
Local Option

M35 CALLED TO CITY JAIL TO EVALUATE A PRISONER. UPON ARRIVAL PRISONER WAS RESTRAINED IN CHAIR AND STATED HE WANTED TO KILL HIMSELF. M35 UNABLE TO ASSESS PT VITALS DUE TO AGITATED STATE. PT APPEARED MEDICALLY SOUND, HOWEVER NEEDS TO BE TRANSPORTED DUE TO MENTAL STATE. M35 ADVISED JPD THAT PRISONER NEEDS TO BE TRANSPORTED FOR BEHAVIORAL ISSUE. JPD STATED THEY WOULD TAKE PRISONER TO UPMC FOR EVALUATION.

**L  Authorization**

Officer in charge ID — 994        Signature — JACKSON, CHRISTOPHER F        Position or rank — FF        Assignment        Month — 12        Day — 10        Year — 2020

Check Box if ☒ same as Officer in charge.
Member making report ID — 994        Signature — JACKSON, CHRISTOPHER F        Position or rank — FF        Assignment        Month — 12        Day — 10        Year — 2020

FIRE                                                         07024    12/10/2020    20-0006683

| 07024 | NY | 12 | 10 | 2020 | 1 | 20-0006603 | 000 | Complete Narrative |
|---|---|---|---|---|---|---|---|---|
| FDID ★ | State ★ | Incident Date ★ | | | Station | Incident Number ★ | Exposure ★ | |

**Narrative:**

M35 CALLED TO CITY JAIL TO EVALUATE A PRISONER. UPON ARRIVAL PRISONER WAS RESTRAINED IN CHAIR AND STATED HE WANTED TO KILL HIMSELF. M35 UNABLE TO ASSESS PT VITALS DUE TO AGITATED STATE. PT APPEARED MEDICALLY SOUND, HOWEVER NEEDS TO BE TRANSPORTED DUE TO MENTAL STATE. M35 ADVISED JPD THAT PRISONER NEEDS TO BE TRANSPORTED FOR BEHAVIORAL ISSUE. JPD STATED THEY WOULD TAKE PRISONER TO UPMC FOR EVALUATION.

**A** NFIRS - 9 Apparatus or Resources

| 07024 | NY | 12 | 10 | 2020 | 1 | 20-0006603 | 000 | ☐ Delete  ☒ Change |
|---|---|---|---|---|---|---|---|---|
| FDID ★ | State ★ | Incident Date ★ | | | Station | Incident Number ★ | Exposure ★ | |

**B**

| Apparatus or ★ Resource | Date and Times (Check if same as alarm date) Month Day Year Hour Min | Sent ☒ | Number of ★ People | Use (Check ONE box for each apparatus to indicate its main use at the incident.) | Actions Taken |
|---|---|---|---|---|---|
| 1  ID M35  Type 70 | Dispatch ☒ 12 10 2020 10:51 / Arrival ☒ 12 10 2020 10:54 / Clear ☒ 12 10 2020 10:56 | ☒ | 2 | ☐ Suppression  ☒ EMS  ☐ Other | |
| 2  ID ___  Type ___ | Dispatch / Arrival / Clear | | | ☐ Suppression ☐ EMS ☐ Other | |
| 3  ID ___  Type ___ | Dispatch / Arrival / Clear | | | ☐ Suppression ☐ EMS ☐ Other | |
| 4  ID ___  Type ___ | Dispatch / Arrival / Clear | | | ☐ Suppression ☐ EMS ☐ Other | |
| 5  ID ___  Type ___ | Dispatch / Arrival / Clear | | | ☐ Suppression ☐ EMS ☐ Other | |
| 6  ID ___  Type ___ | Dispatch / Arrival / Clear | | | ☐ Suppression ☐ EMS ☐ Other | |
| 7  ID ___  Type ___ | Dispatch / Arrival / Clear | | | ☐ Suppression ☐ EMS ☐ Other | |
| 8  ID ___  Type ___ | Dispatch / Arrival / Clear | | | ☐ Suppression ☐ EMS ☐ Other | |
| 9  ID ___  Type ___ | Dispatch / Arrival / Clear | | | ☐ Suppression ☐ EMS ☐ Other | |

**Type of Apparatus or Resources**

**Ground Fire Suppression**
11 Engine
12 Truck or aerial
13 Quint
14 Tanker & pumper combination
16 Brush truck
17 ARF (Aircraft Rescue and Firefighting)
10 Ground fire suppression, other

**Heavy Ground Equipment**
21 Dozer or plow
22 Tractor
24 Tanker or tender
20 Heavy equipment, other

**Aircraft**
41 Aircraft: fixed wing tanker
42 Helitanker
43 Helicopter
40 Aircraft, other

**Marine Equipment**
51 Fire boat with pump
52 Boat, no pump
50 Marine apparatus, other

**Support Equipment**
61 Breathing apparatus support
62 Light and air unit
60 Support apparatus, other

**Medical & Rescue**
71 Rescue unit
72 Urban Search & rescue unit
73 High angle rescue unit
75 BLS unit
76 ALS unit
70 Medical and rescue unit, other

**Other**
91 Mobile command post
92 Chief officer car
93 HazMat unit
94 Type 1 hand crew
95 Type 2 hand crew
99 Privately owned vehicle
00 Other apparatus/resource

NN None
UU Undetermined

**More Apparatus? Use Additional Sheets**

NFIRS-9 Revision 11/17/98

**A**

| 07024 | NY | 12 | 10 | 2020 | 1 | 20-0006603 | 000 | ☐ Delete | NFIRS – 10 |
|---|---|---|---|---|---|---|---|---|---|
| FDID ★ | State ★ | Incident Date ★ (MM DD YYYY) | | | Station | Incident Number ★ | Exposure ★ | ☒ Change | Personnel |

**B**

| Apparatus or Resource ★<br>Use codes listed below | Date and Times<br>Check if same as alarm date<br>Month Day Year    Hours/mins | Sent<br>☒ | Number of ★<br>People | Use<br>Check ONE box for each apparatus to indicate its main use at the incident. | Actions Taken<br>List up to 4 actions for each apparatus and each personnel. |
|---|---|---|---|---|---|

**1**

| ID M35 | Dispatch ☒ 12 10 2020  10:51 | Sent | | ☐ Suppression | ☐ ☐ |
|---|---|---|---|---|---|
| Type 70 | Arrival ☒ 12 10 2020  10:54<br>Clear ☒ 12 10 2020  10:56 | ☒ | 2 | ☒ EMS<br>☐ Other | ☐ ☐ |

| Personnel ID | Name | Rank or Grade | Attend ☒ | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 1012 | PICKARD, BENJAMIN | FF1 | X | | | | |
| 994 | JACKSON, CHRISTOPHER | FF | X | | | | |

**2**

| ID ___ | Dispatch ☐ | Sent | | ☐ Suppression | ☐ ☐ |
|---|---|---|---|---|---|
| Type ___ | Arrival ☐<br>Clear ☐ | ☐ | | ☐ EMS<br>☐ Other | ☐ ☐ |

| Personnel ID | Name | Rank or Grade | Attend ☒ | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |

**3**

| ID ___ | Dispatch ☐ | Sent | | ☐ Suppression | ☐ ☐ |
|---|---|---|---|---|---|
| Type ___ | Arrival ☐<br>Clear ☐ | ☐ | | ☐ EMS<br>☐ Other | ☐ ☐ |

| Personnel ID | Name | Rank or Grade | Attend ☒ | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |

07024    12/10/2020    20-0006603

| 07024 | NY | 12 | 10 | 2020 | | 1 | 20-0006603 | 000 | Responding |
|---|---|---|---|---|---|---|---|---|---|
| FDID | State | Incident Date | | | | Station | Incident Number | Exposure | Units/Personnel |

| Unit | Notify Time | Enroute Time | Arrival Time | Cleared Time |
|---|---|---|---|---|
| M35 MEDIC 35 | 10:51:00 | 10:51:00 | 10:54:00 | 10:56:00 |

| Staff ID\Staff Name | | Activity | Rank | Position | Role |
|---|---|---|---|---|---|
| 1012 | PICKARD, BENJAMIN | Medical At Scene | Firefighter | | |
| 994 | JACKSON, CHRISTOPHER F | Medical At Scene | Firefighter | | |

| 07024 | NY | 12 | 10 | 2020 | 1 | 20-0006603 | 000 | Responding Personnel |
|-------|-----|-----|-----|------|---|------------|-----|----------|
| FDID ★ | State ★ | Incident Date ★ | | | Station | Incident Number ★ | Exposure ★ | |

| Staff ID\Staff Name | Unit | Activity | Position | Rank | PayScl | Hrs | HrsPd | Pts |
|---------------------|------|----------|----------|------|--------|-----|-------|-----|
| 1012 PICKARD, BENJAMIN | M35 | MX Medical At | | FF1 | | 0.08 | 0.08 | 1.00 |
| 994 JACKSON, CHRISTOPHER | M35 | MX Medical At | | FF | | 0.08 | 0.08 | 1.00 |

**Total Participants:** 2                                    **Total Personnel Hours:**   0.16

An 'X' next to the unit denotes driver.

07024    12/10/2020    20-0006603

Case 1:21-cv-00721-MAV-JJM    Document 14-8    Filed 08/27/21    Page 9 of 9

| 07024 | NY | 12 | 10 | 2020 | | 1 | 20-0006603 | 000 | NFIRS - Involvement |
| FDID | State | Incident Date | | | | Station | Incident Number | Exposure | User Fields |

**Involvement**
**Name:**
Powell, Christian

**Involvement**
**Type:**
Patient

**Owner:**          **Occupant:**

FIRE                                                                07024    12/10/2020    20-0006603