**Blake Zaccagnino** <bzaccagnino@shawlawpc.com>  Mon, Aug 7, 2023 at 11:06 AM
To: Katrina Schmitt-Ruof <kschmitt-ruof@shawlawpc.com>, Tonya Taber <ttaber@jamestownny.gov>

And maybe we could space them out two hours and 15 minutes

[Quoted text hidden]

---

**Tonya Taber** <ttaber@jamestownny.gov>  Mon, Aug 7, 2023 at 11:07 AM
To: Blake Zaccagnino <bzaccagnino@shawlawpc.com>, Katrina Schmitt-Ruof <kschmitt-ruof@shawlawpc.com>

Sure. Sounds good!

[Quoted text hidden]

---

**Katrina Schmitt-Ruof** <kschmitt-ruof@shawlawpc.com>  Wed, Aug 9, 2023 at 8:40 AM
To: Tonya Taber <ttaber@jamestownny.gov>
Cc: Blake Zaccagnino <bzaccagnino@shawlawpc.com>

Ms. Taber:

Please see attached deposition notices. Obergfell, Conklin and Wise are scheduled for August 16th by Zoom. The other two we can schedule for a mutually convenient date/time.

Katrina

**Katrina M. Schmitt-Ruof**
**Paralegal to Leonard D. Zaccagnino,**
**Blake Zaccagnino and Reid Zaccagnino**
**SHAW & SHAW, P.C.**
4819 South Park Avenue
Hamburg, New York 14075
Direct Dial (716) 412-0615
Telephone (716) 648-3020
Facsimile (716) 648-3730

SHAW & SHAW, P.C. CONFIDENTIALITY NOTICE: This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you receive this transmission in error, please notify the sender by reply email (or fax) and delete this message and any attachments.

[Quoted text hidden]

📎 **doc11867720230809075916.pdf**
290K

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHRISTIAN POWELL,

        Plaintiff

vs.

CITY OF JAMESTOWN, et al.,

        Defendants.

**NOTICE FOR DEPOSITION**

INDEX NO.: 21-CV-00721

---

SIRS:

    **PLEASE TAKE NOTICE**, that pursuant to CPLR Article 31, the deposition upon oral examination of JAMESTOWN POLICE OFFICER OBERGFELL will be taken by a notary public who is not an attorney or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of blood relationship, kinship or close agreement to any party herein by ZOOM on August 16, 2023 at 10:00 a.m., and at such other place and time to which the examination may be adjourned.

    **PLEASE TAKE FURTHER NOTICE**, that Deponent is required to produce at the examination all books, papers, documents and other things in their possession, custody or control which relate to the matter upon which he or she will testify and mark as exhibits, and otherwise use at the examination.

DATED:   August 8, 2023
         Hamburg, New York

                                        SHAW & SHAW, P.C.

                                        _____
                                        Blake J. Zaccagnino
                                        Attorneys for Plaintiff
                                        4819 South Park Avenue
                                        Hamburg, NY 14075
                                        (716) 648-3020

TO:   Mary L. D'Agostino
      Hancock Estabrook, LLP
      Attorneys for Defendants
      1800 AXA Tower I
      100 Madison Street
      Syracuse, New York 13202

      Elliot Raimondo
      Corporation Counsel
      City of Jamestown
      Attorneys for Defendants
      200 E. Third Street
      Jamestown, NY 14701

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHRISTIAN POWELL,

        Plaintiff

vs.

CITY OF JAMESTOWN, et al.,

        Defendants.

**NOTICE FOR DEPOSITION**

INDEX NO.: 21-CV-00721

---

SIRS:

    **PLEASE TAKE NOTICE**, that pursuant to CPLR Article 31, the deposition upon oral examination of JAMESTOWN POLICE OFFICER CONKLIN will be taken by a notary public who is not an attorney or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of blood relationship, kinship or close agreement to any party herein by ZOOM on August 16, 2023 at 1:00 p.m., and at such other place and time to which the examination may be adjourned.

    **PLEASE TAKE FURTHER NOTICE**, that Deponent is required to produce at the examination all books, papers, documents and other things in their possession, custody or control which relate to the matter upon which he or she will testify and mark as exhibits, and otherwise use at the examination.

DATED:      August 8, 2023
            Hamburg, New York

                                        SHAW & SHAW, P.C.

                                        _____
                                        Blake J. Zaccagnino
                                        Attorneys for Plaintiff
                                        4819 South Park Avenue
                                        Hamburg, NY 14075
                                        (716) 648-3020

TO:   Mary L. D'Agostino
      Hancock Estabrook, LLP
      Attorneys for Defendants
      1800 AXA Tower I
      100 Madison Street
      Syracuse, New York 13202

      Elliot Raimondo
      Corporation Counsel
      City of Jamestown
      Attorneys for Defendants
      200 E. Third Street
      Jamestown, NY 14701

```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
```

CHRISTIAN POWELL,

        Plaintiff

  vs.

CITY OF JAMESTOWN, et al.,

        Defendants.

**NOTICE FOR DEPOSITION**

INDEX NO.: 21-CV-00721

SIRS:

    **PLEASE TAKE NOTICE**, that pursuant to CPLR Article 31, the deposition upon oral examination of JAMESTOWN POLICE OFFICER KEVIN WISE will be taken by a notary public who is not an attorney or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of blood relationship, kinship or close agreement to any party herein by ZOOM on August 16, 2023 at 3:00 p.m., and at such other place and time to which the examination may be adjourned.

    **PLEASE TAKE FURTHER NOTICE**, that Deponent is required to produce at the examination all books, papers, documents and other things in their possession, custody or control which relate to the matter upon which he or she will testify and mark as exhibits, and otherwise use at the examination.

DATED:       August 8, 2023
             Hamburg, New York

                                    SHAW & SHAW, P.C.

                                    _____
                                    Blake J. Zaccagnino
                                    Attorneys for Plaintiff
                                    4819 South Park Avenue
                                    Hamburg, NY 14075
                                    (716) 648-3020

TO:   Mary L. D'Agostino
      Hancock Estabrook, LLP
      Attorneys for Defendants
      1800 AXA Tower I
      100 Madison Street
      Syracuse, New York 13202

      Elliot Raimondo
      Corporation Counsel
      City of Jamestown
      Attorneys for Defendants
      200 E. Third Street
      Jamestown, NY 14701

```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
```
_____   _____

CHRISTIAN POWELL,

              Plaintiff

              **NOTICE FOR DEPOSITION**

  vs.

CITY OF JAMESTOWN, et al.,       INDEX NO.: 21-CV-00721

              Defendants.
_____

SIRS:

      **PLEASE TAKE NOTICE**, that pursuant to CPLR Article 31, the deposition upon oral examination of JAMESTOWN POLICE OFFICER CONTI will be taken by a notary public who is not an attorney or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of blood relationship, kinship or close agreement to any party herein by ZOOM on a date and time to be determined, and at such other place and time to which the examination may be adjourned.

      **PLEASE TAKE FURTHER NOTICE**, that Deponent is required to produce at the examination all books, papers, documents and other things in their possession, custody or control which relate to the matter upon which he or she will testify and mark as exhibits, and otherwise use at the examination.

DATED:      August 8, 2023
            Hamburg, New York

                                        SHAW & SHAW, P.C.

                                        _____
                                        Blake J. Zaccagnino
                                        Attorneys for Plaintiff
                                        4819 South Park Avenue
                                        Hamburg, NY 14075
                                        (716) 648-3020

TO:   Mary L. D'Agostino
      Hancock Estabrook, LLP
      Attorneys for Defendants
      1800 AXA Tower I
      100 Madison Street
      Syracuse, New York 13202

      Elliot Raimondo
      Corporation Counsel
      City of Jamestown
      Attorneys for Defendants
      200 E. Third Street
      Jamestown, NY 14701

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHRISTIAN POWELL,

           Plaintiff

  vs.

CITY OF JAMESTOWN, et al.,

           Defendants.

**NOTICE FOR DEPOSITION**

INDEX NO.: 21-CV-00721

---

SIRS:

    **PLEASE TAKE NOTICE**, that pursuant to CPLR Article 31, the deposition upon oral examination of JAMESTOWN POLICE OFFICER DANIEL OVEREND will be taken by a notary public who is not an attorney or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of blood relationship, kinship or close agreement to any party herein by ZOOM on a date and time to be determined, and at such other place and time to which the examination may be adjourned.

    **PLEASE TAKE FURTHER NOTICE**, that Deponent is required to produce at the examination all books, papers, documents and other things in their possession, custody or control which relate to the matter upon which he or she will testify and mark as exhibits, and otherwise use at the examination.

DATED:     August 8, 2023
           Hamburg, New York


                              SHAW & SHAW, P.C.

                              _____
                              Blake J. Zaccagnino
                              Attorneys for Plaintiff
                              4819 South Park Avenue
                              Hamburg, NY 14075
                              (716) 648-3020


TO:   Mary L. D'Agostino
      Hancock Estabrook, LLP
      Attorneys for Defendants
      1800 AXA Tower I
      100 Madison Street
      Syracuse, New York 13202

      Elliot Raimondo
      Corporation Counsel
      City of Jamestown
      Attorneys for Defendants
      200 E. Third Street
      Jamestown, NY 14701