## CERTIFICATE OF SERVICE:

I hereby certify that on September 19, 2023, I electronically filed with the foregoing Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants:

Elliot Samuel Raimondo, Esq and Mary L. D'Agostino, Esq.
Corporation Counsel, City of Jamestown
200 E. 3rd. Street
Suite 4
Jamestown, NY 14701
716 969-0359

SHAW & SHAW, P.C.

/s/Blake Zaccagnino
Blake Zaccagnino
Attorneys for Plaintiff
Office and Post Office Address
4819 South Park Avenue
Hamburg, NY 14075
(716) 648-3020 Telephone
(716) 648-3730 Fax
Bzaccagnino@shawlawpc.com